UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

05 ⌐ 1 0 6 4 5 PBS

Civil Action

ALDEMIR A. AYRES;                )
IRACEMA O. ANASTACIO;            )
PAULA O. ANASTACIO; and          )
MATHEUS O. ANASTACIO             )
    Plaintiffs                   )
                   MAGISTRATE JUDGE Alexander )
    v.                           )
                                 )
MICHAEL CHERTOFF                 )
Secretary,U.S. Department        )
of Homeland Security;            )
 EDUARDO AGUIRRE, JR.            )
Director, U.S. Citizenship       )
And Immigration Services,        )
DENIS RIORDAN, Boston District)
Director, U.S. Citizenship       )
and Immigration Services         )
    Defendants                   )
_____ )

RECEIPT # _____ 63182
AMOUNT $ 250
SUMMONS ISSUED yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. tum
DATE 4-1-05

## COMPLAINT FOR MANDAMUS

### I.    INTRODUCTION

The Plaintiffs, by and through their undersigned attorney, bring this civil action for mandamus to compel Defendants and those acting under them to rule upon the Applications for Adjustment of Status to Lawful Permanent Resident ("I-485 Applications") duly filed by the Plaintiffs on or about July 29, 2002.

1

## II. THE PARTIES

1.  The Plaintiff Aldemir A. Ayres (A95-910-720) (the
    "Plaintiff" or "Mr. Ayres") is a native and citizen of
    Brazil, who currently resides at 56 Evans St., Apt. #2,
    Medford, MA 02115.

2.  The Plaintiff, Iracema O. Anastacio (A95-873-897), is Mr.
    Anastacio's spouse and currently resides at 56 Evans St.,
    Apt. 2, Medford, MA 02115.

3.  The Plaintiff, Paula O. Anastacio (A95-912-263) is Mr. Ayres
    and and Mrs. Anastacio's minor child, who currently resides
    at 56 Evans St., Apt. 2, Medford, MA 02115.

4.  The Plaintiff, Matheus Anastacio (A95-912-264) is Mr. Ayres
    and and Mrs. Anastacio's minor child, who currently resides
    at 56 Evans St., Apt. 2, Medford, MA 02115.

5.  The Defendant, Michael Chertoff, is the Acting Secretary of
    the U.S. Department of Homeland Security ("DHS"), and this
    action is brought against him in his official capacity. He
    is charged with enforcement of the Immigration and
    Nationality Act ("INA"), and is further authorized to
    delegate such powers and authority to subordinate employees
    of DHS, including, but not limited to, the U.S. Citizenship
    and Immigration Services ("USCIS"). USCIS is the agency
    within DHS to whom the Secretary's authority regarding,
    *inter alia*, the adjudication of I-485 application has in

2

part been delegated, and is subject to the Secretary's supervision.

6.   The Defendant, Eduardo Aguirre, Jr., is the Director of USCIS and this action is brought against him in his official capacity. He is the official generally charged with supervisory authority over all operations of USCIS. In particular, he is responsible for the adjudication of applications by aliens to adjust status, pursuant to § 245 of the INA (8 U.S.C. § 1255).

7.   The Defendant, Denis Riordan, is the Director for the Boston District Office of USCIS and this action is brought against him in his official capacity.  He is the official generally charged with supervisory authority over all operations of USCIS within his district with certain specific exceptions not relevant here.  Defendant District Director is the official directly charged with adjudicating Plaintiffs' applications for adjustment of status.

## II.   JURISDICTION AND VENUE

8.   This is a civil action brought pursuant to 28 U.S.C. Sec. 1361 (the Mandamus Act) and 5 U.S.C. Sec. 551 *et seq.* (the Administrative Procedures Act) to compel Defendants and those working under them to perform a duty that they owe to the Plaintiffs.

9.   Costs and fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504, 28 U.S.C. §2412(d), et seq.

10.  Venue is properly with this Court, pursuant to 28 U.S.C.
     §1391(e), in that this is an action against officers and
     agencies of the United States in their official capacities,
     brought in the District where, upon information and belief,
     a Defendant resides and where a substantial part of the
     events or omissions giving rise to Plaintiffs' claim
     occurred.  More specifically, an interview was conducted
     regarding Plaintiffs' application for adjustment of status
     at the Boston District Office of USCIS, and, to Plaintiffs'
     knowledge, remains pending there.

                          IV.   REMEDY

11.  Mr. Ayres, Iracema Anastacio, Paula O. Anastacio and Matheus
     O. Anastacio (collectively, the "Plaintiffs") are seeking an
     order to compel the Defendants and those working under them
     to adjudicate the Plaintiffs' pending applications for
     Adjustment of Status and an award of reasonable attorney's
     fees and costs associated with bring said action.

                  V.   STATEMENT OF THE FACTS

12.  On or about July 29, 2002, the Plaintiffs filed an
     Application for Adjustment of Status to Lawful Permanent
     Resident (I-485)with the INS (now USCIS) Service Center in
     St. Albans, VT, which is the proper filing place for
     employment-based I-485 Applications.  Copies of the I-485
     Applications are attached hereto as Exhibit A (Mr.Ayres'
     application), Exhibit B (Mrs. Anastacio's application, and

                                4

Exhibit C (Paula Anastacio's Application) and Exhibit D
(Matheus Anastacio's Application).

13.   Mr. Ayres's I-485 Application was based upon an approved
immigrant visa petition ("I-140") filed on his behalf by his
employer.  A copy of the I-140 Approval Notice is attached
hereto as Exhibit E.

14.   Mrs. Anastacio and Paula and Matheus Anastacio areeligible
for Adjustment of Status as a derivative beneficiaries,
i.e., the spouse and children, of Mr. Ayres.

15.   Through the filing of the I-485 Applications, the Plaintiffs
were seeking adjustment to lawful permanent resident status
(a "Green Card").

16.   On or about October 27, 2004, the Defendants through their
designated agent (USCIS Examinations Officer Putnam)
interviewed the Plaintiffs on their Applications at the
USCIS Regional Office in Boston, Massachusetts.

17.   During the course of the interview, Mr. Ayres disclosed that
he had received a speeding ticket, which he had contested in
Somerville District Court.  The Somerville District Court
had dismissed the fine associated with the speeding
violation, which was drivinb 44 MPH in a 30 MPH zone.

18.   Officer Putnam made no decision on the application at the
time of the interview because he wanted to investigate the
speeding ticket violation.

19.  The fact that Mr. Ayres received a speeding ticket is not a legitimate reason for delaying the processing of the I-485 Applications.

20.  The Plaintiffs, through Counsel, have made repeated efforts to secure a decision from USCIS regarding the Plaintiffs' Applications.  In addition to telephone inquiries, they sent a written request for adjudication to USCIS on December 22, 2004. A copy of said letter is attached hereto as Exhibit F.

21.  USCIS, has failed to respond to the Plaintiffs' request for adjudication in any manner whatsoever.

22.  The Plaintiffs have no administrative remedies available.

23.  The Defendants have arbitrarily, willfully and unreasonably delayed the adjudication of the Plaintiffs' Applications.

24.  As a result of the Defendants' willful and unreasonable delay in adjudicating Plaintiffs' Applications, the Plaintiffs have been prejudiced. Until the I-485 Applications are adjudicated, the Plaintiffs are unable to travel overseas to visit their family, unable to plan for the future, unable to accrue time as lawful permanent residents for eventual qualification for U.S citizenship, and are constantly fearful that they will suffer deportation at some future date.

25.  The Plaintiffs have been further damaged in that their employment authorization is tied to their status as applicants for permanent residency and is limited to

6

increments not to exceed one year. Therefore, the Plaintiffs will be forced to repeatedly apply (and pay) for extensions of employment authorization, to the continued inconvenience and harassment of Plaintiffs.

26. The Defendants owe the Plaintiffs the duty to act upon their Applications for Adjustment of Status and have unreasonably failed to perform that duty.

27. No other remedy exists for Plaintiffs to resolve Defendants' delay.

WHEREFORE, the Plaintiffs pray that this Honorable Court:

1) Order the Defendants to have their agents rule upon the Applications filed by the Plaintiffs; and

2) Grant such other and further relief as this Honorable Court deems proper under the circumstances; and

3) Grant attorney's fees and costs of this action pursuant to the Equal Access to Justice Act ("EAJA").

> The Plaintiffs
> Aldemir A. Ayres
> Iracema O. Anastacio
> Paula O. Anastacio
> Matheus O. Anastacio
> By their Attorneys
>
> Susan E. Zak
> BBO 568044
> LAW OFFICE OF JOHN K. DVORAK
> P.O. Box 8788
> Boston, MA 02114

mandamus-ayres.4102

7

OMB No. 1115-0053

**U.S. Department of Justice**
Immigration and Naturalization Service

**Form I-485, Application to Register Permanent Residence or Adjust Status**

---

## START HERE - Please Type or Print

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name **AYRES** | Given Name **Aldemir** | Middle Initial **A** |

Address - C/O

| | |
|---|---|
| Street Number and Name **8 School Street** | Apt. # **#3** |

City **Somerville**

| | |
|---|---|
| State **MA** | Zip Code **02143** |

| | |
|---|---|
| Date of Birth (month/day/year) **08/03/1965** | Country of Birth **Brazil** |

| | |
|---|---|
| Social Security # **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** | A # (if any) **none** |

| | |
|---|---|
| Date of Last Arrival (month/day/year) **02/08/2000** | I-94 # **363642135 07** |

| | |
|---|---|
| Current INS Status **out of status** | Expires on (month/day/year) **expired** |

### Part 2. Application Type.   *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least on year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

_____

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:   *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

---

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| | |

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

**Section of Law**
- ☐ Sec. 209(b), INA
- ☐ Sec. 13, Act of 9/11/57
- ☐ Sec. 245, INA
- ☐ Sec. 249, INA
- ☐ Sec. 1 Act of 11/2/66
- ☐ Sec. 2 Act of 11/2/66
- ☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**
- ☐ Approved Visa Petition
- ☐ Dependent of Principal Alien
- ☐ Special Immigrant
- ☐ Other _____

**Preference**

**Action Block**

---

**To Be Completed by Attorney or Representative, if any**

☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

---

*Continued on back.*

Form I-485 (Rev. 02/07/00)N Page 1

## Part 3. Processing Information

| A. City/Town/Village of Birth | Cariacica | Current occupation | baker |
|---|---|---|---|
| Your mother's first name | Jandyra | Your father's first name | Joao |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

Aldemir Ayres

| Place of last entry into the U.S. (City/State) | In what status did you last enter? *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
|---|---|
| New York - NY | |
| Were you inspected by a U.S. Immigration Officer?    ☒ Yes   ☐ No | B2 |

| Nonimmigrant Visa Number | 12133179 | Consulate where Visa was issued Rio de Janeiro |
|---|---|---|

| Date Visa was issued (month/day/year)   08/21/1996 | Sex:   ☒ Male   ☐ Female | Marital Status   ☒ Married   ☐ Single   ☐ Divorced   ☐ Widowed |
|---|---|---|

Have you ever before applied for permanent resident status in the U.S.?   ☒ No   ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name | DE OLIVEIRA | Given Name | Iracema | Middle Initial | | Date of Birth (month/day/year) | 09/10/1963 |
|---|---|---|---|---|---|---|---|
| Country of Birth | Brazil | Relationship | spouse | A # | n/a | Applying with you?   ☒ Yes   ☐ No | |
| Family Name | Anastacio | Given Name | Paula | Middle Initial | O | Date of Birth (month/day/year) | 09/21/1991 |
| Country of Birth | Brazil | Relationship | daughter | A # | n/a | Applying with you?   ☒ Yes   ☐ No | |
| Family Name | Anastacio | Given Name | Matheus | Middle Initial | O | Date of Birth (month/day/year) | 02/25/1995 |
| Country of Birth | Brazil | Relationship | son | A # | n/a | Applying with you?   ☒ Yes   ☐ No | |
| Family Name | | Given Name | | Middle Initial | | Date of Birth (month/day/year) | |
| Country of Birth | | Relationship | | A # | | Applying with you?   ☐ Yes   ☐ No | |
| Family Name | | Given Name | | Middle Initial | | Date of Birth (month/day/year) | |
| Country of Birth | | Relationship | | A # | | Applying with you?   ☐ Yes   ☐ No | |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

## Part 3. Processing Information    *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?  ☐ Yes  ☒ No
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?  ☐ Yes  ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?  ☐ Yes  ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.?  ☐ Yes  ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?  ☐ Yes  ☒ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?  ☐ Yes  ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?  ☐ Yes  ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?  ☐ Yes  ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?  ☐ Yes  ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity?  ☐ Yes  ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage?  ☐ Yes  ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means?  ☐ Yes  ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?  ☐ Yes  ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?  ☐ Yes  ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?  ☐ Yes  ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion?  ☐ Yes  ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?  ☐ Yes  ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit?  ☐ Yes  ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver?  ☐ Yes  ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child?  ☐ Yes  ☒ No

14. Do you plan to practice polygamy in the U.S.?  ☐ Yes  ☒ No

**Part 4.  Signature.**     *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration.  The following applies to you if you are a man at least 18 years old,  but not yet 26 years old,  who is required to register with the Selective Service System:**  I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name,  current address,  Social Security number,  date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| X | Aldemir AYRES | 7/03/02 | |

*Please Note:*    *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.  Signature of person preparing form if other than above.**     *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | | | |

| Firm Name and Address |
|---|
| |

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0053

# Supplement A to Form I-485

START HERE - Please Type or Print

FOR INS USE ONLY

## Part 1.    Information about applicant

| Family Name | AYRES | First Name | Aldemir | Middle Name | Anastacio |
|---|---|---|---|---|---|

Address - C/O

| Street Number and Name | 8 School Street | | Apt. Suite | #3 |
|---|---|---|---|---|

| City | Somerville | State or Province | MA |
|---|---|---|---|

| Country | USA | ZIP/Postal Code | 02143 |
|---|---|---|---|

| INS A # | none | Date of Birth (month/day/year) | 08/03/1965 | Country of Birth | Brazil |
|---|---|---|---|---|---|

**FOR INS USE ONLY:**

Returned / Receipt

Resubmitted

Reloc Sent

Reloc Rec'd

Interviewed

File Reviewed / Class of Adjustment Code:

## Part 2.    Basis for Eligibility    (check one)

1. On Form I-485, Part 2, I checked application type    (check one):

   a. ☒ An immigrant petition.                                   Go to #2.
   b. ☐ My spouse or parent applied.                             Go to #2.
   c. ☐ I entered as a K-1 fiance.                               Stop Here. Do Not File This Form.
   d. ☐ I was granted asylum.                                    Stop Here. Do Not File This Form.
   e. ☐ I am a native or citizen of Cuba.                        Go to #3.
   f. ☐ I am the husband, wife or child of a Cuban.             Go to #3.
   g. ☐ I have continuously resided in the U.S.                  Stop Here. Do Not File This Form.
   h. ☐ Other.                                                   Go to # 2
   i. ☐ I am already a permanent resident.                       Stop Here. Do Not File This Form.
   j. ☐ I am already a permanent resident and am the husband, wife or unmarried child of a Cuban    Stop Here. Do Not File This Form.

To Be Completed by Attorney or Representative, if any

☐ Check if G-28 is attached showing you represent the petitioner

VOLAG#

ATTY State License #

2. I have filed Form I-360 and I am applying for adjustment of status as a special immigrant juvenile court dependent or a special immigrant who has served in the United States Armed Forces    (check one).
   ☐ Yes  Stop Here. Do Not File This Form.    ☒ No  Go to #3.

3. On Form I-485, Part 2, I checked block (e) or (f) and I last entered the United States legally after having been inspected and admitted or paroled.    ☐ Yes  Stop Here. Do Not File This Form.    ☒ No  Go to #11.

4. I last entered the United States    (check one):
   ☐ As a stowaway.                          Go to #11.        ☐ Legally without a visa as a visitor for tourism or business.    Go to #5.
   ☐ Legally as a crewman (D-1/D-2 visa).    Go to #11.
   ☐ Without inspection.                      Go to #11.        ☐ Legally as a parolee.    Go to #5.
   ☒ Legally in transit without visa status.  Go to #11.        ☒ Legally with another type of visa (show type  B2  ).    Go to #5.

5. I last entered the United States legally without a visa as a visitor for tourism or business, and I am applying for adjustment of status as the spouse, unmarried child (under 21 years of age), parent, widow or widower of a United States citizen    (check one).
   ☐ Yes  Stop Here. Do Not File This Form.    ☒ No  Go to #6.

6. I last entered the United States legally as a parolee, or with a visa (except as a crewman), or as a Canadian citizen without a visa, and I am applying for adjustment of status    (check one).

   ☐ As the spouse, unmarried child less than 21 years old, parent, widow or widower of a United States citizen.    Stop Here. Do Not File This Form.

   ☐ As a special immigrant retired international organization employee or family member of an international organization employee or as a special immigrant physician; and I have filed Form I-360.    Stop Here. Do Not File This Form.

   ☒ Under some other category.    Go to #7.

## Part 2. Continue.

7.  I am a national of the (former) Soviet Union, Vietnam, Laos or Cambodia who last entered the United States legally as a public interest parolee after having been denied refugee status, and I am applying for adjustment of status under Public Law 101-167 *(check one).*

☐ Yes   **Stop Here. Do Not File This Form.**      ☒ No   **Go to #8.**

8.  I have been employed in the United States after January 1, 1977 without INS authorization   *(check one).*

☒ Yes   **Go to #9.**      ☐ No   **Go to #10.**

9.  I am applying for adjustment of status under the Immigration Nursing Relief Act (INRA); I was employed without INS authorization only on or before November 29, 1990, and I have always maintained a lawful immigration status while in the United States after November 5, 1986 *(check one):*

☐ Yes   **Stop Here. Do Not File This Form.**      ☒ No   **Go to #10.**

10. I am now in lawful immigration status; and I have always maintained a lawful immigration status while in the United States after November 5, 1986   *(check one).*

☐ Yes   **Stop Here. Do Not File This Form.**
☐ No, but I believe the INS will determine that my failure to be in or maintain a lawful immigration status was through no fault of my own or for technical reasons.   **Stop Here. Do Not File This Form,**   Attach an explanation regarding this question to your Form I-485 application.

✕ No   **Go to #11.**

11. I am unmarried and less than 17 years old   *(check one).*

☐ Yes   **Stop Here. File This Form and Form I-485.**      Pay only the fee required with Form I-485.
☒ No   **Go to #12.**

12. I am the unmarried child of a legalized alien and am less than 21 years old, or I am the spouse of a legalized alien; and I have attached a copy of my receipt or approval notice showing that I have properly filed Form I-817, Application for Voluntary Departure under the Family Unity Program *(check one).*

☐ Yes   **Stop Here. File This Form and Form I-485.**      Pay only the fee required with Form I-485.
☒ No   **Go to #13.**

13. **File The Form and Form I-485.  You must pay the additional sum:**

$  220.00 - Fee required with Form I-485 * and
$1,000.00 - Additional sum under section 245(i) of the Act

$1,220.00 - Total amount you must pay.

*If you filed Form I-485 separately, attach a copy of your filing receipt and pay only the additional sum of $1000.00.  In #11 and / or #12, show the answer you would have given on the date you filed Form I-485.

## Part 3.          Signature.  Read the information on penalties in the instruction before completing this section. If someone helped you prepare the petition he or she must complete Part 4.

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| X *[signature]* | Aldemir      AYRES | 7/03/00 | |

**Please Note:**  If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.

## Part 4. Signature of person preparing form if other than above.          *(Sign Below)*

*I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.*

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| | | | |

Firm Name
and Address

U.S. Department of Justice
Immigration and Naturalization Service

**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066
Approval expires 4-30-85

| (Family name) | (First name) | (Middle name) | ☒MALE ☐FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| AYRES | Aldemir | Anastacio | | 08/03/1965 | Brazil | A- none |

| ALL OTHER NAMES USED    (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| none | Cariacica          Brazil | 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | FRAGA | Joao | Esp. Santo   Brazil | deceased |
| MOTHER (Maiden name) | AYRES | Jandyra | Esp. Santo Brazil | Vila Velha      ES, Brazil |

| HUSBAND(If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| DE OLIVEIRA | | Iracema | 09/10/1963 | Vitoria, ES Brazil | 01/14/1989 | Vila Velha, Brazil |

FORMER HUSBANDS OR WIVES (If none, so state)

| FAMILY NAME   (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| none | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS, LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 8 School Street | Somerville | MA | USA | 02 | 2000 | PRESENT TIME | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| Rua Fabio Rusque, 165 | Vila Velha | Esp. Santo | Brazil | | 1988 | 02 | 2000 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|
| Kupels Bakery | 421 Harvard St, Brookline | baker | 04 | 2000 | PRESENT TIME | |
| Bertucci's | Woburn | cook | 04 | 2000 | present | time |
| | | | | | | |
| | | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION   ☐ OTHER (SPECIFY): ☒ STATUS AS PERMANENT RESIDENT | X  *[signature]* | 7/03/02 |
| Are all copies legible?   ☒ Yes | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

## APPLICANT:   BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| AYRES | Aldemir | Anastacio | none |

Form G-325  (Rev. 10-1-82) Y

**(1) Ident.**

**FEDERATIVE REPUBLIC OF BRAZIL**
**Civil Registry**
**Joaquim Ferreira de Azevedo, official of Civil Registry of District of Itaquari,**
**Municipality & County of Cariacia, State of Espirito Santo, hereby certifies**
**in the terms of the law that:**

**BIRTH CERTIFICATE - 22156**

**Book #: A-31                        Page #: 139**
**Name: ALDEMIR ANASTACIO AYRES, male.**
**Date of Birth: August 3, 1965 at 8:30 PM.**
**Place of Birth: Alto Boa Vista at this district.**
**Name of the Father: Joao Anastacio da Fraga.**
**Name of the Mother: Jandyra Ayres Fraga.**
**Paternal Grandfather: Joao Anastacio.**
**Paternal Grandmother: Candida Anastacio da Fraga.**
**Maternal Grandfather: Jovino Ayres do Espirito Santo.**
**Maternal Grandmother: Celia Ayres de Alvarenga.**
**Declarant: The father.**
**Witnesses: Edson Santos Abreu and Ormy Sallen Siqueira.**
**Observations: The birth was recorded on 08/04/65.**

**The above is true and to it I give faith.**

> **Itaquari          August 14, 1965.**

> **(Signed)          Official**

I certify that I am a competent bilingual translator in the Portuguese and English
Languages and that I have translated this document to the best of my ability.

_____ Date: _7/15/02_

Joanna Mondardo Schmitz
Boston, MA

Signed and sworn before me this _15_ day of _July_ _____, 2002.

Christopher W. Drinan
Notary Public
My commission expires on 05/12/2006.



REPÚBLICA DOS ESTADOS UNIDOS

# REGISTRO CIVIL

JOAQUIM FERREIRA DE AZEVEDO, Oficial
do Registro Civil do distrito de Ita
quari, Município e Comarca de Caria
cica, Estado do Espírito Santo, por
nomeação na fórma da Lei, etc.

## NASCIMENTO N.º 22156

CERTIFICO, que, do livro n.º A11    fls. n.º 110 , de registro de nas-
cimentos foi feito o assento de ALDÉIA ANASTACIO AYRES—
nascido aos três (3)    de   agosto mil novecentos e sessenta e
cinco (1965)   ás 20:30   horas, em Alto Bôa Vista — n/ distrito
, do sexo masculino   de côr branca   , filh o
de    João Anastacio da Fraga —:—
e de D.ª    Jandyra Ayres Fraga —:—
sendo avós paternos João Anastacio —:—
e D.ª   Candida Anastacio da Fraga —:—

# Proof of Physical Presence in the US Prior to December 21, 2000

Número de Saída

# 363642135 07

Serviço de
Imigração e Naturalização
**I-94**
**Registro de Saída**

U. S. IMMIGRATION
NEW YORK, N.Y. 2803

FEB -8 2000

ADMITTED
UNTIL

14. Nome de Família
A Y R E S

15. Nome Próprio
A L D E M I R

16. Data do Nascimento (dia/mês/ano)
0 3 0 8 6 5

17. País de Cidadania
B R A S I L

**Vide verso**

**STAPLE HERE**



**Bell Atlantic**
1310 North Court House Road
Arlington, VA 22201



February 18, 2000

```
8018 659901 016024 049 9 01
```
ALDEMIR AYRES
FLR 3
8 SCHOOL
SOMERVILLE MA 02143

Dear Aldemir Ayres:

Thank you for your order. We're sure you'll enjoy the ease and convenience of your new Bell Atlantic service(s), designed to complement your lifestyle.

Enclosed are the instructions you will need to start enjoying the benefits of your new service(s) right away. Take a few moments to read them over.

Bell Atlantic appreciates your confidence in our family of quality products and services. We are working hard to make them the best and the easiest to use.

If you have any questions concerning your service, or if you are interested in ordering additional services, please call our Representative. The telephone number to your local service center can be found on the front pages of your Bell Atlantic telephone directory.

Again, thank you for choosing Bell Atlantic. We look forward to providing you with the utmost in service and convenience, both now and in the future.

Sincerely,

Bell Atlantic

**Bell Atlantic directory assistance has gone National!** By just dialing the familiar "411" you can request a telephone number across the country or just across town. And, you don't need to know the area code. Just give Bell Atlantic the city, state and name. National 411 listings are only 95 cents, which includes up to two listings per call. Please check your Bell Atlantic White Page Directory for more information about Bell Atlantic's local and national directory assistance.

OMB No. 1115-0053

**U.S. Department of Justice**
Immigration and Naturalization Service

**Form I-485, Application to Register Permanent Residence or Adjust Status**

## START HERE - Please Type or Print

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name **ANASTACIO** | Given Name **Iracema** | Middle Initial **O** |

Address - C/O

| | |
|---|---|
| Street Number and Name **8 School Street** | Apt. # **#3** |

City **Somerville**

| | |
|---|---|
| State **MA** | Zip Code **02143** |

| | |
|---|---|
| Date of Birth (month/day/year) **09/10/1963** | Country of Birth **Brazil** |

| | |
|---|---|
| Social Security # **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** | A # (if any) **none** |

| | |
|---|---|
| Date of Last Arrival (month/day/year) **03/20/2000** | I-94 # **819622632 05** |

| | |
|---|---|
| Current INS Status **out of status** | Expires on (month/day/year) **expired** |

### Part 2. Application Type.     *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☒ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least on year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:     *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

---

**FOR INS USE ONLY**

| Returned | Receipt |
|---|---|
| | |

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

**Section of Law**
- ☐ Sec. 209(b), INA
- ☐ Sec. 13, Act of 9/11/57
- ☐ Sec. 245, INA
- ☐ Sec. 249, INA
- ☐ Sec. 1 Act of 11/2/66
- ☐ Sec. 2 Act of 11/2/66
- ☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**
- ☐ Approved Visa Petition
- ☐ Dependent of Principal Alien
- ☐ Special Immigrant
- ☐ Other _____

**Preference**

**Action Block**

| **To Be Completed by Attorney or Representative, if any** |
|---|
| ☐ Fill in box if G-28 is attached to represent the applicant |
| VOLAG# |
| ATTY State License # |

---

*Continued on back.*

Form I-485 (Rev. 02/07/00)N Page 1

## Part 3.  Processing Information

| A. City/Town/Village of Birth | Vitoria | Current occupation | housekeepper |
|---|---|---|---|
| Your mother's first name | Terezinha | Your father's first name | Sebastiao |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

Iracema ANASTACIO

Place of last entry into the U.S. (City/State)

Orlando - FL

In what status did you last enter?  *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)*

B2

Were you inspected by a U.S. Immigration Officer?    ☒ Yes    ☐ No

| Nonimmigrant Visa Number | 12133178 | Consulate where Visa was issued | Rio de Janeiro |
|---|---|---|---|

| Date Visa was issued (month/day/year)  08/21/1996 | Sex: ☐ Male  ☒ Female | Marital Status  ☒ Married  ☐ Single  ☐ Divorced  ☐ Widowed |
|---|---|---|

Have you ever before applied for permanent resident status in the U.S.?    ☒ No    ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| Ayres | Aldemir | A | 08/03/1965 |
| Country of Birth: Brazil | Relationship: spouse | A # n/a | Applying with you? ☒ Yes  ☐ No |
| Anastacio | Paula | Ó | 09/21/1991 |
| Country of Birth: Brazil | Relationship: daughter | A # n/a | Applying with you? ☒ Yes  ☐ No |
| Anastacio | Matheus | O | 02/25/1995 |
| Country of Birth: Brazil | Relationship: son | A # n/a | Applying with you? ☒ Yes  ☐ No |
|  |  |  |  |
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes  ☐ No |
|  |  |  |  |
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes  ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

## Part 3.  Processing Information    *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.? ☐ Yes ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally? ☐ Yes ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage? ☐ Yes ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit? ☐ Yes ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.? ☐ Yes ☒ No

**Part 4. Signature.**  *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
|  | Iracema ANASTACIO | 7/03/02 |  |

**Please Note:**  *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.  Signature of person preparing form if other than above.      *(Sign Below)***

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
|  |  |  |  |

| Firm Name and Address |
|---|
|  |

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0053

**Supplement A to Form I-485**

---

**START HERE - Please Type or Print**

## Part 1.   Information about applicant

| | | |
|---|---|---|
| Family Name   **ANASTACIO** | First Name   **Iracema** | Middle Name   **Oliveira** |

Address - C/O

| | | |
|---|---|---|
| Street Number and Name   **8 School Street** | | Apt. Suite   **#3** |
| City   **Somerville** | State or Province   **MA** | |
| Country   **USA** | | ZIP/Postal Code   **02143** |
| INS A #   **none** | Date of Birth   (month/day/year)   **09/10/1963** | Country of Birth   **Brazil** |

## Part 2.   Basis for Eligibility   (check one)

1. On Form I-485, Part 2, I checked application type   (check one):

   a. ☐ An immigrant petition.   Go to #2.
   b. ☒ My spouse or parent applied.   Go to #2.
   c. ☐ I entered as a K-1 fiancé.   Stop Here. Do Not File This Form.
   d. ☐ I was granted asylum.   Stop Here. Do Not File This Form.
   e. ☐ I am a native or citizen of Cuba.   Go to #3.
   f. ☐ I am the husband, wife or child of a Cuban.   Go to #3.
   g. ☐ I have continuously resided in the U.S.   Stop Here. Do Not File This Form.
   h. ☐ Other.   Go to # 2
   i. ☐ I am already a permanent resident.   Stop Here. Do Not File This Form.
   j. ☐ I am already a permanent resident and am the husband, wife or unmarried child of a Cuban   Stop Here. Do Not File This Form.

2. I have filed Form I-360 and I am applying for adjustment of status as a special immigrant juvenile court dependent or a special immigrant who has served in the United States Armed Forces   (check one).
   ☐ Yes   Stop Here. Do Not File This Form.   ☒ No   Go to #3.

3. On Form I-485, Part 2, I checked block (e) or (f) and I last entered the United States legally after having been inspected and admitted or paroled.   ☐ Yes   Stop Here. Do Not File This Form.   ☒ No   Go to #11.

4. I last entered the United States   (check one):

   ☐ As a stowaway.   Go to #11.   ☐ Legally without a visa as a visitor for tourism or business.   Go to #5.
   ☐ Legally as a crewman (D-1/D-2 visa).   Go to #11.
   ☐ Without inspection.   Go to #11.   ☐ Legally as a parolee.   Go to #5.
   ☐ Legally in transit without visa status.   Go to #11.   ☒ Legally with another type of visa (show type **B2** ).   Go to #5.

5. I last entered the United States legally without a visa as a visitor for tourism or business, and I am applying for adjustment of status as the spouse, unmarried child (under 21 years of age), parent, widow or widower of a United States citizen   (check one).
   ☐ Yes   Stop Here. Do Not File This Form.   ☒ No   Go to #6.

6. I last entered the United States legally as a parolee, or with a visa (except as a crewman), or as a Canadian citizen without a visa, and I am applying for adjustment of status   (check one).

   ☐ As the spouse, unmarried child less than 21 years old, parent, widow or widower of a United States citizen.   Stop Here. Do Not File This Form.

   ☐ As a special immigrant retired international organization employee or family member of an international organization employee or as a special immigrant physician; and I have filed Form I-360.   Stop Here. Do Not File This Form.

   ☒ Under some other category.   Go to #7.

---

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| ———— ———— | |
| **Resubmitted** | |
| ———— ———— | |
| **Reloc Sent** | |
| ———— ———— | |
| **Reloc Rec'd** | |
| ———— ———— | |
| **Interviewed** | |
| **File Reviewed** | **Class of Adjustment Code:** |
| | ———— ———— ———— |

**To Be Completed by Attorney or Representative, if any**

☐ Check if G-28 is attached showing you represent the petitioner

VOLAG#

ATTY State License #

---

Form I-485 (01/18/01)Y - Supplement A

## Part 2.  Continue.

7.  I am a national of the (former) Soviet Union, Vietnam, Laos or Cambodia who last entered the United States legally as a public interest parolee after having been denied refugee status, and I am applying for adjustment of status under Public Law 101-167  *(check one).*

☐ Yes   **Stop Here.  Do Not File This Form.**        ☒ No   **Go to #8.**

8.  I have been employed in the United States after January 1, 1977 without INS authorization        *(check one).*

☒ Yes   **Go to #9.**        ☐ No   **Go to #10.**

9.  I am applying for adjustment of status under the Immigration Nursing Relief Act (INRA); I was employed without INS authorization only on or before November 29, 1990, and I have always maintained a lawful immigration status while in the United States after November 5, 1986  *(check one):*

☐ Yes   **Stop Here.  Do Not File This Form.**        ☒ No   **Go to #10.**

10.  I am now in lawful immigration status; and I have always maintained a lawful immigration status while in the United States after November 5, 1986   *(check one).*

☐ Yes   **Stop Here.  Do Not File This Form.**

☐ No, but I believe the INS will determine that my failure to be in or maintain a lawful immigration status was through no fault of my own or for technical reasons.   **Stop Here.  Do Not File This Form,**   Attach an explanation regarding this question to your Form I-485 application.

✗ No   **Go to #11.**

11.  I am unmarried and less than 17 years old        *(check one).*

☐ Yes   **Stop Here.  File This Form and Form I-485.**        Pay only the fee required with Form I-485.
☒ No   **Go to #12.**

12.  I am the unmarried child of a legalized alien and am less than 21 years old, or I am the spouse of a legalized alien; and I have attached a copy of my receipt or approval notice showing that I have properly filed Form I-817, Application for Voluntary Departure under the Family Unity Program  *(check one).*

☐ Yes   **Stop Here.  File This Form and Form I-485.**        Pay only the fee required with Form I-485.
☒ No   **Go to #13.**

13.  **File The Form and Form I-485.  You must pay the additional sum:**

$   220.00 - Fee required with Form I-485 *  and
$1,000.00 - Additional sum under section 245(i) of the Act
- - - - - - - -
**$1,220.00 - Total amount you must pay.**

*If you filed Form I-485 separately, attach a copy of your filing receipt and pay only the additional sum of $1000.00.  In #11 and / or #12, show the answer you would have given on the date you filed Form I-485.

## Part 3.            Signature.   Read the information on penalties in the instruction before completing this section. If someone helped you prepare the petition he or she must complete Part 4.

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature<br>X *Iracema nastacio* | Print Your Name<br>Iracema        **ANASTACIO** | Date<br>7/03/02 | Daytime Telephone No. |
|---|---|---|---|

**Please Note:**  If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.

## Part 4.  Signature of person preparing form if other than above.            *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
|  |  |  |  |

Firm Name
and Address

U.S. Department of Justice

Immigration and Naturalization Service

**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066

Approval expires 4-30-85

| (Family name) | (First name) | (Middle name) | ☐ MALE ☒ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| ANASTACIO | Iracema | Oliveira | | 09/10/1963 | Brazil | A- none |

| ALL OTHER NAMES USED   (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | | SOCIAL SECURITY NO. (If any) 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 |
|---|---|---|---|
| Iracema de Oliveira | Vitoria | Brazil | |

|  | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | OLIVEIRA | Sebastiao | Minas Gerais Brazil | deceased |
| MOTHER (Maiden name) | NORBERTO | Terezinha | Minas Geral Brazil | Vila Velha    ES, Brazil |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | AYRES | Aldemir | 08/03/1965 | Cariacica, ES Brazil | 01/14/1989 | Vila Velha, Brazil |

| FORMER HUSBANDS OR WIVES (If none, so state) | | | | | |
|---|---|---|---|---|---|
| FAMILY NAME   (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
| none | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 8 School Street | Somerville | MA | USA | 03 | 2000 | PRESENT TIME | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| Rua Fabio Rusque, 165 | Vila Velha | Esp. Santo | Brazil | | 1988 | 03 | 2000 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| self-employed | housekeepper | | 2001 | PRESENT TIME | |
| | | | | | |
| | | | | | |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION    ☐ OTHER (SPECIFY): ☒ STATUS AS PERMANENT RESIDENT | X *[signature]* | 7/3/02 |
| Are all copies legible?    ☒ Yes | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

**APPLICANT:**  BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| ANASTACIO | Iracema | Oliveira | none |

Form G-325  (Rev. 10-1-82) Y

# FEDERATIVE REPUBLIC OF BRAZIL
## Cid Dessaune Register Office
### District of Argolas / Municipality of Vila Velha
### County of Capital / State of Espirito Santo

## BIRTH CERTIFICATE

**Book #: A-36**          **Page #: 475**          **Term #: 32.867**

**Name: IRACEMA DE OLIVEIRA, female.**

**Date of Birth: September 10, nineteen sixty-three (09/10/1963) at 9:55 PM at Sao Jose Maternity.**

**Place of Birth: Vitoria City, Espirito Santo State.**

**Name of the Father: Sebastiao Francisco de Oliveira.**

**Name of the Mother: Terezinha Norberto de Oliveira.**

**Paternal Grandfather: Antonio Jose de Oliveira.**

**Paternal Grandmother: Paula Goncalves da Silva.**

**Maternal Grandfather: Jose Brigido de Souza.**

**Maternal Grandmother: Maria Rodrigues Vicente Marta.**

**Declarant: The father.**

**The birth was recorded on September 13, 1963.**

**Witnesses: Daniel Paixao and Elviso Neves.**

**Observations: None.**

**The above is true and to it I give faith.**

            **Argolas/Vila Velha – ES**          **July 9, 2002**

            **(Signed)**          **Official**

I certify that I am a competent bilingual translator in the Portuguese and English Languages and that I have translated this document to the best of my ability.

_____ Date: 7/15/02

Joanna Mondardo Schmitz
Boston, MA

Signed and sworn before me this 15th day of _____ July _____, 2002.

Christopher W. Drinan
Notary Public
My commission expires on 05/12/2006.



# REPÚBLICA FEDERATIVA DO BRASIL

## CARTÓRIO "CID DESSAUNE"

Registro Civil e Tabelionato de Notas
Praça de Matriz n°35, loud - 2° - (027) 3326-1118
Distrito de Argolas - Município de Vila Velha
Comarca da Capital - Estado do Espírito Santo



Marcelo Bomfim Dessaune
Bel. Bruno Nogueira Dessaune
Oficial e Tabelião

Bel. MARCELA NOGUEIRA DESSAUNE DE OLIVEIRA
Oficial Substituta

# CERTIDÃO DE NASCIMENTO

CERTIFICO que, às folhas 475, do livro A-46, sob n°32.867 de ordem, foi lavrado o assento do nascimento de IRACEMA DE OLIVEIRA, do sexo feminino, nascida no dia dez de setembro de mil novecentos e sessenta e três (10.09.1963), às 21:55 horas, em "Maternidade São José", Vitória, neste Estado, filha de SEBASTIÃO FRANCISCO DE OLIVEIRA e de dona TEREZINHA NORBERTO DE OLIVEIRA.

São avós paternos: Antônio José de Oliveira e dona Paula Gonçalves da Silva, e avós maternos: José Brígido de Souza e dona Maria Rodrigues Vicente Marta.

O assento foi lavrado em 13 de setembro de 1963, tendo sido declarante o pai, e serviram de testemunhas: Daniel Paixão e Elysio Neves.

Observações: Nada consta.

O referido é verdade e dou fé.
ARGOLAS/VILA VELHA ES, 09 de JULHO de 2002.

Bruno Nogueira Dessaune
Oficial do Registro civil
Bel. BRUNO NOGUEIRA DESSAUNE
Oficial de Registro Civil e Tabelião de Notas

```
CARTÓRIO "CID DESSAUNE"
Registro Civil e Tabelionato de Notas

Bel. Marcelo Bomfim Dessaune
Oficial e Tabelião
Bruno Nogueira Dessaune
Marcela Nogueira Dessaune de Oliveira
Substitutos
Praça da Matriz n° Fund Isr - (027) 326-1118
Distrito de Argolas, Município de Vila Velha
Comarca da Capital, Estado do Espírito Santo
```

VÁLIDA EM TODO TERRITÓRIO NACIONAL. QUALQUER ADULTERAÇÃO OU RASURA INVALIDA ESTE DOCUMENTO

B 032632409

## FEDERATIVE REPUBLIC OF BRAZIL
### Civil Registry
### State of Espirito Santo
### County of Capital
### Municipality of Vila Velha
### District of Sao Torquato

## MARRIAGE CERTIFICATE

**Francisco Antonio de Almeida Teixeira – Official of Civil Registry**

**Book #: B-02**
**Folio #: 160**
**Term #: 519**

I hereby certify that under the above numbers is the registry between **ALDEMIR ANASTACIO AYRES and IRACEMA DE OLIVEIRA**, which was celebrated on the 14th of January of 1989. Registered ratified by the Judge Vitalino Turcato. Jose Luiz Salomao de Castro and Iolanda Anastacio Ayres were the witnesses. He was born in Itaquari – Cariacia _ES, on the 3rd of August of 1965, resident at this district, son of Mr. Joao Anastacio de Fraga and Mrs. Jandira Ayres Fraga. She was born in Vitoria – ES, on the 10th of September of 1963, industrial worker, resident at this district, daughter of Mr. Sebastiao Francisco de Oliveira and Mrs. Terezinha Norberto de Oliveira. The bride shall hereon sign her name as **IRACEMA OLIVEIRA ANASTACIO**. Observations: The marriage was effected under law number 6.015 of 12-31-73 and under the regime of the partial communion of assets.

The above is true and to it I give faith.

Cobilandia                January 20, 1989

(Signed)                  Official – Eduardo Monteiro Fernandes

I certify that I am a competent bilingual translator in the Portuguese and English Languages and that I have translated this document to the best of my ability.

_____ Date: _7/15/02_

Joanna Mondardo Schmitz
Boston, MA

Signed and sworn before me this _15_ day of _July_____, 2002.

Christopher W. Drinan
Notary Public
My commission expires on 05/12/2006.

# REF BLICA FEDERATIV  DO BRASIL



— Cartório Francisco Teixeira --
· REGISTRO CIVIL E TABELIONATO
Francisco Antonio Almeida Teixeira
TABELIÃO E OFICIAL
Neldemara Fernandes Teixeira
SUBSTITUTA
Eduardo Monteiro Fernandes
ESCREVENTE
Rodovia Carlos Lindemberg, 2007
Olst São Torquato - Sucursal Cobiler de
VILA VELHA — ES

# R E G I S T R O   C I V I L

Estado de.......ESPIRITO SANTO —
Comarca de.......CAPITAL —
Município de.......VILA VELHA —
Distrito de.......SÃO TORQUATO —

# CERTIDÃO  DE  CASAMENTO

............Francisco Antonio de Almeida Teixeira............

Oficial...Tabelião.......do Registro Civil

CERTIFICO que, sob o nº......519............, à fls......160............, do livro nº.B—02. Aux.

de registro de casamentos, verifiquei constar que no dia..14..de......janeiro........

..............de 19.89..............., foi feito o casamento de............................................

ALDEMIR ANASTACIO AYRES e IRACEMA DE OLIVEIRA

..............................................................................................................................

contraído perante o.Frei......Vitalino Turcato.......................................

e as testemunhas..............José Luiz Salomão de Castro.....................

..............................Iolanda Anastacio Ayres...........................................

..............................................................................................................................

Ele, nascido em.................Itaquari, Cariacica — ES..................

aos........................03....de......agosto..............................de....1965............

.................................profissão..escriturário..................,domiciliado e

residente em......................Neste distrito.............................; filho de

..............................João Anastácio de Fraga....................................

..............................Jandira Ayres Fraga.........................................

Ela, nascida em.........................................................................

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0053

**Form I-485, Application to Register
Permanent Residence or Adjust Status**

| START HERE - Please Type or Print | | | FOR INS USE ONLY | |
|---|---|---|---|---|

### Part 1. Information about you.

| Family Name **ANASTACIO** | Given Name **Paula** | Middle Initial **O** |
|---|---|---|

Address - C/O

| Street Number and Name **8 School Street** | | Apt. # **#3** |
|---|---|---|

| City **Somerville** | | |
|---|---|---|

| State **MA** | Zip Code **02143** |
|---|---|

| Date of Birth (month/day/year) **09/21/1991** | Country of Birth **Brazil** |
|---|---|

| Social Security # | A # (if any) **none** |
|---|---|

| Date of Last Arrival (month/day/year) **03/20/2000** | I-94 # **234188837 05** |
|---|---|

| Current INS Status **out of status** | Expires on (month/day/year) **expired** |
|---|---|

**FOR INS USE ONLY**

Returned

Receipt

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

### Part 2. Application Type.    *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☒ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least on year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:    *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**Section of Law**

☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**

☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other _____

**Preference**

**Action Block**

**To Be Completed by Attorney or Representative, if any**

☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License # _____

*Continued on back.*

Form I-485 (Rev. 02/07/00)N Page 1

## Part 3. Processing Information

| A. City/Town/Village of Birth | Current occupation |
|---|---|
| Vila Velha | student |

| Your mother's first name | Your father's first name |
|---|---|
| Iracema | Aldemir |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

Paula Anastacio

| Place of last entry into the U.S. (City/State) | In what status did you last enter?  *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
|---|---|
| Orlando - FL | |

| Were you inspected by a U.S. Immigration Officer?  ☒ Yes  ☐ No | B2 |
|---|---|

| Nonimmigrant Visa Number | Consulate where Visa was issued |
|---|---|
| 24965540 | Rio de Janeiro |

| Date Visa was issued (month/day/year)  12/22/1999 | Sex:  ☐ Male  ☒ Female | Marital Status  ☐ Married  ☒ Single  ☐ Divorced  ☐ Widowed |
|---|---|---|

Have you ever before applied for permanent resident status in the U.S.?  ☒ No  ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| *NONE* | | | |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

## Part 3.  Processing Information  *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1.  Have you ever, in or outside the U.S.:
    a.  knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?  ☐ Yes  ☒ No
    b.  been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?  ☐ Yes  ☒ No
    c.  been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?  ☐ Yes  ☒ No
    d.  exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.?  ☐ Yes  ☒ No

2.  Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?  ☐ Yes  ☒ No

3.  Have you ever:
    a.  within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?  ☐ Yes  ☒ No
    b.  engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?  ☐ Yes  ☒ No
    c.  knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?  ☐ Yes  ☒ No
    d.  illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?  ☐ Yes  ☒ No

4.  Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity?  ☐ Yes  ☒ No

5.  Do you intend to engage in the U.S. in:
    a.  espionage?  ☐ Yes  ☒ No
    b.  any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means?  ☐ Yes  ☒ No
    c.  any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?  ☐ Yes  ☒ No

6.  Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?  ☐ Yes  ☒ No

7.  Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?  ☐ Yes  ☒ No

8.  Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion?  ☐ Yes  ☒ No

9.  Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?  ☐ Yes  ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit?  ☐ Yes  ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver?  ☐ Yes  ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child?  ☐ Yes  ☒ No

14. Do you plan to practice polygamy in the U.S.?  ☐ Yes  ☒ No

*Continued on back*  Form I-485 (Rev. 02/07/00)N Page 3

**Part 4.  Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| X *Paula Anastacio* | Paula ANASTACIO | 7/03/02 | |

*Please Note:*   *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.  Signature of person preparing form if other than above.**    *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | | | |

| Firm Name and Address |
|---|
| |

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0053

**Supplement A to Form I-485**

**START HERE - Please Type or Print**

## Part 1.    Information about applicant

**FOR INS USE ONLY**

| Returned | Receipt |
|---|---|

Family Name **ANASTACIO**    First Name **Paula**    Middle Name **Oliveira**

Address - C/O

Street Number and Name **8 School Street**    Apt. Suite **#3**

City **Somerville**    State or Province **MA**

Country **USA**    ZIP/Postal Code **02143**

INS A # **none**    Date of Birth *(month/day/year)* **09/21/1991**    Country of Birth **Brazil**

Resubmitted

Reloc Sent

Reloc Rec'd

Interviewed

File Reviewed    Class of Adjustment Code:

## Part 2.    Basis for Eligibility    *(check one)*

1. On Form I-485, Part 2, I checked application type    *(check one)*:
   a. ☐ An immigrant petition.    Go to #2.
   b. ☒ My spouse or parent applied.    Go to #2.
   c. ☐ I entered as a K-1 fiance.    Stop Here. Do Not File This Form.
   d. ☐ I was granted asylum.    Stop Here. Do Not File This Form.
   e. ☐ I am a native or citizen of Cuba.    Go to #3.
   f. ☐ I am the husband, wife or child of a Cuban.    Go to #3.
   g. ☐ I have continuously resided in the U.S.    Stop Here. Do Not File This Form.
   h. ☐ Other.    Go to #2
   i. ☐ I am already a permanent resident.    Stop Here. Do Not File This Form.
   j. ☐ I am already a permanent resident and am the husband, wife or unmarried child of a Cuban    Stop Here. Do Not File This Form.

2. I have filed Form I-360 and I am applying for adjustment of status as a special immigrant juvenile court dependent or a special immigrant who has served in the United States Armed Forces    *(check one)*.
   ☐ Yes    Stop Here. Do Not File This Form.    ☒ No    Go to #3.

3. On Form I-485, Part 2, I checked block (e) or (f) and I last entered the United States legally after having been inspected and admitted or paroled.    ☐ Yes    Stop Here. Do Not File This Form.    ☒ No    Go to #11.

4. I last entered the United States    *(check one)*:
   ☐ As a stowaway.    Go to #11.    ☐ Legally without a visa as a visitor for tourism or business.    Go to #5.
   ☐ Legally as a crewman (D-1/D-2 visa).    Go to #11.
   ☐ Without inspection.    Go to #11.    ☐ Legally as a parolee.    Go to #5.
   ☐ Legally in transit without visa status.    Go to #11.    ☒ Legally with another type of visa (show type **B2**).    Go to #5.

5. I last entered the United States legally without a visa as a visitor for tourism or business, and I am applying for adjustment of status as the spouse, unmarried child (under 21 years of age), parent, widow or widower of a United States citizen    *(check one)*.
   ☐ Yes    Stop Here. Do Not File This Form.    ☒ No    Go to #6.

6. I last entered the United States legally as a parolee, or with a visa (except as a crewman), or as a Canadian citizen without a visa, and I am applying for adjustment of status    *(check one)*.
   ☐ As the spouse, unmarried child less than 21 years old, parent, widow or widower of a United States citizen.    Stop Here. Do Not File This Form.
   ☐ As a special immigrant retired international organization employee or family member of an international organization employee or as a special immigrant physician; and I have filed Form I-360.    Stop Here. Do Not File This Form.
   ☒ Under some other category.    Go to #7.

**To Be Completed by Attorney or Representative, if any**
☐ Check if G-28 is attached showing you represent the petitioner
VOLAG#
ATTY State License #

## Part 2. Continue.

7.  I am a national of the (former) Soviet Union, Vietnam, Laos or Cambodia who last entered the United States legally as a public interest parolee after having been denied refugee status, and I am applying for adjustment of status under Public Law 101-167  *(check one)*.

☐ Yes  **Stop Here. Do Not File This Form.**        ☒ No    **Go to #8.**

8.  I have been employed in the United States after January 1, 1977 without INS authorization    *(check one)*.

☐ Yes  **Go to #9.**        ☒ No    **Go to #10.**

9.  I am applying for adjustment of status under the Immigration Nursing Relief Act (INRA); I was employed without INS authorization only on or before November 29, 1990, and I have always maintained a lawful immigration status while in the United States after November 5, 1986  *(check one)*:

☐ Yes  **Stop Here. Do Not File This Form.**        ☐ No    **Go to #10.**

10.  I am now in lawful immigration status; and I have always maintained a lawful immigration status while in the United States after November 5, 1986    *(check one)*.

☐ Yes  **Stop Here. Do Not File This Form.**

☐ No, but I believe the INS will determine that my failure to be in or maintain a lawful immigration status was through no fault of my own or for technical reasons.  **Stop Here. Do Not File This Form,**    Attach an explanation regarding this question to your Form I-485 application.

☒ No    **Go to #11.**

11.  I am unmarried and less than 17 years old    *(check one)*.

☒ Yes  **Stop Here. File This Form and Form I-485.**        Pay only the fee required with Form I-485.
☐ No   **Go to #12.**

12.  I am the unmarried child of a legalized alien and am less than 21 years old, or I am the spouse of a legalized alien; and I have attached a copy of my receipt or approval notice showing that I have properly filed Form I-817, Application for Voluntary Departure under the Family Unity Program  *(check one)*.

☐ Yes  **Stop Here. File This Form and Form I-485.**        Pay only the fee required with Form I-485.
☐ No   **Go to #13.**

13.  **File The Form and Form I-485.  You must pay the additional sum:**

        $  220.00 - Fee required with Form I-485 * and
        $1,000.00 - Additional sum under section 245(i) of the Act
        --------
        **$1,220.00** - Total amount you may pay.

*If you filed Form I-485 separately, attach a copy of your filing receipt and pay only the additional sum of $1000.00.  In #11 and / or #12, show the answer you would have given on the date you filed Form I-485.

## Part 3.        Signature.   Read the information on penalties in the instruction before completing this section. If someone helped you prepare the petition he or she must complete Part 4.

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | | Date | Daytime Telephone No. |
|---|---|---|---|---|
| X *Paula Anastacio* | Paula | **ANASTACIO** | 7/3/02 | |

**Please Note:**  If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.

## Part 4. Signature of person preparing form if other than above.        *(Sign Below)*

*I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.*

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| | | | |

Firm Name
and Address

U.S. Department of Justice

Immigration and Naturalization Service

**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066

Approval expires 4-30-85

| (Family name)<br>ANASTACIO | (First name)<br>Paula | (Middle name)<br>Oliveira | ☐ MALE<br>☒ FEMALE | BIRTHDATE (Mo.-Day-Yr.)<br>09/21/1991 | NATIONALITY<br>Brazil | FILE NUMBER<br>A- none |
|---|---|---|---|---|---|---|
| ALL OTHER NAMES USED    (Including names by previous marriages)<br>none | | | CITY AND COUNTRY OF BIRTH<br>Vila Velha         Brazil | | | SOCIAL SECURITY NO.<br>(if any) |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | AYRES | Aldemir | 08/03/1965  Cariacica, ES, Brazil | Somerville     USA |
| MOTHER (Maiden name)  ANASTACIO | | Iracema | 09/10/1963  Vitoria, ES, Brazil | Somerville     USA |

| HUSBAND(If none, so state)<br>OR<br>WIFE | FAMILY NAME<br>(For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| none | | | | | | |

FORMER HUSBANDS OR WIVES (If none, so state)

| FAMILY NAME   (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| none | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS, LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| 8 School Street | Somerville | MA | USA | 03 | 2000 | PRESENT TIME | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| Rua Fabio Rusque, 165 | Vila Velha | Esp. Santo | Brazil | | 1991 | 03 | 2000 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| | student | | | PRESENT TIME | |
| | | | | | |
| | | | | | |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| | | | | | |
|---|---|---|---|---|---|

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:<br>☐ NATURALIZATION    ☐ OTHER (SPECIFY):<br>☒ STATUS AS PERMANENT RESIDENT<br><br>Are all copies legible?   ☒ Yes | SIGNATURE OF APPLICANT<br>X *Paula Anastacio*<br>If your native alphabet is other than roman letters, write your name in your native alphabet here: | DATE<br>7/3/02 |
|---|---|---|

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:  BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| ANASTACIO | Paula | Oliveira | none |

Form G-325  (Rev. 10-1-82) Y

**(1) Ident.**

## FEDERATIVE REPUBLIC OF BRAZIL
### Leandro Register Office
### Civil Registry

**State of Espirito Santo**  **County of Vitoria**
**Municipality of Vila Velha**  **District of Ibes**

### BIRTH CERTIFICATE

**Book #: A-29**        **Page #: 010v**        **Term #: 23.927**

**Name: <u>PAULA OLIVEIRA ANASTACIO</u>, female.**

**Date of Birth: 09/21/91 (twenty-first of September of nineteen ninety-one) at 10:10 AM at Santa Monica Maternity & Hospital.**

**Place of Birth: At this municipality.**

**Name of the Father: Aldemir Anastacio Ayres, natural of this state.**

**Name of the Mother: Iracema Oliveira Anastacio, natural of this state.**

**Paternal Grandfather: Joao Anastacio de Fraga.**

**Paternal Grandmother: Jandira Ayres Fraga.**

**Maternal Grandfather: Sebastiao Francisco de Oliveira.**

**Maternal Grandmother: Terezinha Norberto de Oliveira.**

**The birth was recorded on October 3, 1991.**

**Declarant: The father.**

**Witnesses: Paulo Sergio Albertino and Ivando Moreira Sequeira.**

**Observations: 1st certificate copy.**

**The above is true and to it I give faith.**

**District of Ibes**        **October 3, 1991**

**(Signed)**        **Official**

I certify that I am a competent bilingual translator in the Portuguese and English Languages and that I have translated this document to the best of my ability.

_____ Date: 7/15/02

Joanna Mondardo Schmitz
Boston, MA

Signed and sworn before me this 15th day of _____ July _____, 2002.

Christopher W. Drinan
Notary Public
My commission expires on 05/12/2006.

# REPÚBLICA FEDERATIVA DO BRASIL

## CARTÓRIO LEANDRO
## REGISTRO CIVIL

ESTADO DO ESPÍRITO SANTO
MUNICÍPIO DE VILA VELHA

COMARCA DE VITÓRIA
DISTRITO DO IBES

RUA SÃO LUIZ, 213 - TELEFONES, 229-0140 - 229-7871

Bel. João Leandro Freitas
Oficial Vitalício do Registro Civil

Bel. Carlos Alberto Corcino de Freitas
Substituto

## CERTIDÃO DE NASCIMENTO

CERTIFICO que, às fls. 010 Vº ..... do Livro A - 29 ..... , sob N.º de

Ordem 23.927 ..... foi lavrado o assento do nascimento de ...........................

"" PAULA OLIVEIRA ANASTACIO ""

do sexo feminino ..... , nascida no dia 21/09/91 - ( vinte

e um de setembro de mil novecentos e noventa e um ) -

às 10:10 horas, em Maternidade do

Hospital Santa Mônica, neste Município -

filha de Aldemir Anastacio Ayres - natural deste Estado -

e de Dona Iracema Oliveira Anastacio - natural deste Estado -

Sendo avós paternos João Anastácio de Fraga -

e Dona Jandira Ayres Fraga -

e avós maternos Sebastião Francisco de Oliveira -

Terezinha Norberto de Oliveira -

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0053

**Form I-485, Application to Register
Permanent Residence or Adjust Status**

## START HERE - Please Type or Print

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name **ANASTACIO** | Given Name **Matheus** | Middle Initial **O** |

Address - C/O

| | | |
|---|---|---|
| Street Number and Name **8 School Street** | | Apt. # **#3** |

City **Somerville**

| | |
|---|---|
| State **MA** | Zip Code **02143** |

| | |
|---|---|
| Date of Birth (month/day/year) **02/25/1995** | Country of Birth **Brazil** |

| | |
|---|---|
| Social Security # | A # (if any) **none** |

| | |
|---|---|
| Date of Last Arrival (month/day/year) **03/20/2000** | I-94 # **234188846 05** |

| | |
|---|---|
| Current INS Status **out of status** | Expires on (month/day/year) **expired** |

### Part 2. Application Type.     *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☒ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least on year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

_____

_____

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:     *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**FOR INS USE ONLY**

| Returned | Receipt |
|---|---|
| | |

Resubmitted

_____

_____

Reloc Sent

_____

_____

Reloc Rec'd

_____

_____

☐ Applicant Interviewed

**Section of Law**

☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**

☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

| To Be Completed by Attorney or Representative, if any |
|---|
| ☐ Fill in box if G-28 is attached to represent the applicant |

VOLAG#

ATTY State License #

---

*Continued on back.*

Form I-485 (Rev. 02/07/00)N Page 1

## Part 3.  Processing Information

**A.**  City/Town/Village of Birth    **Vitoria**

Current occupation    **student**

Your mother's first name    **Iracema**

Your father's first name    **Aldemir**

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

**Matheus Anastacio**

Place of last entry into the U.S. (City/State)

**Orlando - FL**

In what status did you last enter?    *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)*

Were you inspected by a U.S. Immigration Officer?    ☒ Yes  ☐ No

**B2**

Nonimmigrant Visa Number    **24965619**

Consulate where Visa was issued    **Rio de Janeiro**

Date Visa was issued (month/day/year)    **12/22/1999**

Sex:    ☒ Male  ☐ Female

Marital Status  ☐ Married  ☒ Single  ☐ Divorced  ☐ Widowed

Have you ever before applied for permanent resident status in the U.S.?    ☒ No    ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

**B.**  List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name    **none** | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |

**C.**  List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

## Part 3. Processing Information    *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.? ☐ Yes ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally? ☐ Yes ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage? ☐ Yes ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit? ☐ Yes ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.? ☐ Yes ☒ No

*Continued on back*

Form I-485 (Rev. 02/07/00)N Page 3

**Part 4.  Signature.**  *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration.  The following applies to you if you are a man at least 18 years old,  but not yet 26 years old,  who is required to register with the Selective Service System:**  I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| X *Matheus Anastacio*   **Matheus ANASTACIO** | | 7/03/02 | |

**Please Note:**  *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.   Signature of person preparing form if other than above.**     *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | | | |

| Firm Name and Address |
|---|
| |

Form I-485 (Rev. 02/07/00)N Page 4

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0053

**Supplement A to Form I-485**

START HERE - Please Type or Print

## Part 1. Information about applicant

FOR INS USE ONLY

| | |
|---|---|
| Family Name **ANASTACIO** | First Name **Matheus** |

Middle Name **Oliveira**

Address - C/O

Street Number and Name **8 School Street**

Apt. Suite **#3**

City **Somerville**

State or Province **MA**

Country **USA**

ZIP/Postal Code **02143**

INS A # **none**

Date of Birth *(month/day/year)* **02/25/1995**

Country of Birth **Brazil**

**FOR INS USE ONLY**

Returned
_____
_____

Receipt

Resubmitted
_____
_____

Reloc Sent
_____
_____

Reloc Rec'd
_____
_____

Interviewed
_____
_____

File Reviewed

Class of Adjustment Code:
___ ___ ___

## Part 2. Basis for Eligibility *(check one)*

1. On Form I-485, Part 2, I checked application type *(check one)*:
   - a. ☐ An immigrant petition.    Go to #2.
   - b. ☒ My spouse or parent applied.    Go to #2.
   - c. ☐ I entered as a K-1 fiance.    Stop Here. Do Not File This Form.
   - d. ☐ I was granted asylum.    Stop Here. Do Not File This Form.
   - e. ☐ I am a native or citizen of Cuba.    Go to #3.
   - f. ☐ I am the husband, wife or child of a Cuban.    Go to #3.
   - g. ☐ I have continuously resided in the U.S.    Stop Here. Do Not File This Form.
   - h. ☐ Other.    Go to # 2
   - i. ☐ I am already a permanent resident.    Stop Here. Do Not File This Form.
   - j. ☐ I am already a permanent resident and am the husband, wife or unmarried child of a Cuban    Stop Here. Do Not File This Form.

2. I have filed Form I-360 and I am applying for adjustment of status as a special immigrant juvenile court dependent or a special immigrant who has served in the United States Armed Forces *(check one)*.
   ☐ Yes   Stop Here. Do Not File This Form.     ☒ No   Go to #3.

3. On Form I-485, Part 2, I checked block (e) or (f) and I last entered the United States legally after having been inspected and admitted or paroled. ☐ Yes   Stop Here. Do Not File This Form.     ☒ No   Go to #11.

4. I last entered the United States *(check one)*:
   - ☐ As a stowaway.    Go to #11.
   - ☐ Legally as a crewman (D-1/D-2 visa).    Go to #11.
   - ☐ Without inspection.    Go to #11.
   - ☐ Legally in transit without visa status.    Go to #11.
   - ☐ Legally without a visa as a visitor for tourism or business.    Go to #5.
   - ☐ Legally as a parolee.    Go to #5.
   - ☒ Legally with another type of visa (show type **B2** ).    Go to #5.

5. I last entered the United States legally without a visa as a visitor for tourism or business, and I am applying for adjustment of status as the spouse, unmarried child (under 21 years of age), parent, widow or widower of a United States citizen *(check one)*.
   ☐ Yes   Stop Here. Do Not File This Form.     ☒ No   Go to #6.

6. I last entered the United States legally as a parolee, or with a visa (except as a crewman), or as a Canadian citizen without a visa, and I an applying for adjustment of status *(check one)*.
   - ☐ As the spouse, unmarried child less than 21 years old, parent, widow or widower of a United States citizen.    Stop Here. Do Not File This Form.
   - ☐ As a special immigrant retired international organization employee or family member of an international organization employee or as a special immigrant physician; and I have filed Form I-360.    Stop Here. Do Not File This Form.
   - ☒ Under some other category.    Go to #7.

To Be Completed by **Attorney or Representative, if any**
☐ Check if G-28 is attached showing you represent the petitioner

VOLAG#

ATTY State License #

Form I-485 (01/18/01)Y - Supplement A

## Part 2. Continue.

7.  I am a national of the (former) Soviet Union, Vietnam, Laos or Cambodia who last entered the United States legally as a public interest parolee after having been denied refugee status, and I am applying for adjustment of status under Public Law 101-167  *(check one)*.

    ☐ Yes   **Stop Here. Do Not File This Form.**        ☒ No   **Go to #8.**

8.  I have been employed in the United States after January 1, 1977 without INS authorization      *(check one)*.

    ☐ Yes   **Go to #9.**        ☒ No   **Go to #10.**

9.  I am applying for adjustment of status under the Immigration Nursing Relief Act (INRA); I was employed without INS authorization only on or before November 29, 1990, and I have always maintained a lawful immigration status while in the United States after November 5, 1986 *(check one)*:

    ☐ Yes   **Stop Here. Do Not File This Form.**        ☐ No   **Go to #10.**

10. I am now in lawful immigration status; and I have always maintained a lawful immigration status while in the United States after November 5, 1986   *(check one)*.

    ☐ Yes   **Stop Here. Do Not File This Form.**

    ☐ No, but I believe the INS will determine that my failure to be in or maintain a lawful immigration status was through no fault of my own or for technical reasons.   **Stop Here. Do Not File This Form,**   Attach an explanation regarding this question to your Form I-485 application.

    ☒ No   **Go to #11.**

11. I am unmarried and less than 17 years old      *(check one)*.

    ☒ Yes   **Stop Here. File This Form and Form I-485.**        Pay only the fee required with Form I-485.
    ☐ No   **Go to #12.**

12. I am the unmarried child of a legalized alien and am less than 21 years old, or I am the spouse of a legalized alien; and I have attached a copy of my receipt or approval notice showing that I have properly filed Form I-817, Application for Voluntary Departure under the Family Unity Program *(check one)*.

    ☐ Yes   **Stop Here. File This Form and Form I-485.**        Pay only the fee required with Form I-485.
    ☐ No   **Go to #13.**

13. **File The Form and Form I-485.   You must pay the additional sum:**

    $   220.00 - Fee required with Form I-485 *  and
    $1,000.00 - Additional sum under section 245(i) of the Act
    ----------
    **$1,220.00** - Total amount you must pay.

*If you filed Form I-485 separately, attach a copy of your filing receipt and pay only the additional sum of $1000.00.  In #11 and / or #12, show the answer you would have given on the date you filed Form I-485.

## Part 3.        Signature.   Read the information on penalties in the instruction before completing this section. If someone helped you prepare the petition he or she must complete Part 4.

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| X *Matheus Anastacio* | Matheus          ANASTACIO | 7/03/02 | |

**Please Note:**   If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.

## Part 4. Signature of person preparing form if other than above.                    *(Sign Below)*

*I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.*

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| | | | |

Firm Name
and Address

U.S. Department of Justice

Immigration and Naturalization Service

**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066

Approval expires 4-30-85

| (Family name) | (First name) | (Middle name) | ☒MALE ☐FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| ANASTACIO | Matheus | Oliveira | | 02/25/1995 | Brazil | A- none |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| none | Vitoria         Brazil | |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | AYRES | Aldemir | 08/03/1965   Cariacica, ES, Brazil | Somerville      USA |
| MOTHER (Maiden name) | ANASTACIO | Iracema | 09/10/1963 Vitoria, ES, Brazil | Somerville      USA |

| HUSBAND(If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| none | | | | | | |

FORMER HUSBANDS OR WIVES (If none, so state)

| FAMILY NAME   (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| none | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 8 School Street | Somerville | MA | USA | 03 | 2000 | PRESENT TIME | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| Rua Fabio Rusque, 165 | Vila Velha | Esp. Santo | Brazil | | 1995 | 03 | 2000 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| | student | | | PRESENT TIME | |
| | | | | | |
| | | | | | |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION    ☐ OTHER (SPECIFY): ☒ STATUS AS PERMANENT RESIDENT | X Matheus Anastacio | 7/3/02 |
| Are all copies legible?   ☒ Yes | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:    BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| ANASTACIO | Matheus | Oliveira | none |

Form G-325  (Rev. 10-1-82) Y

**(1) Ident.**

## FEDERATIVE REPUBLIC OF BRAZIL
### Leandro Register Office
### Civil Registry
### State of Espirito Santo          County of Vitoria
### Municipality of Vila Velha          District of Ibes

## BIRTH CERTIFICATE

**Book #: A33**          **Page #: 231**          **Term #: 29.609**

**Name:** <u>MATHEUS DE OLIVEIRA ANASTACIO</u>, male.

**Date of Birth:** Twenty-fifth of February of nineteen ninety-five (02/25/95) at 10:45 AM at Enseada Maternity.

**Place of Birth:** Vitoria - ES.

**Name of the Father:** Aldemir Anastacio Ayres, natural of ES.

**Name of the Mother:** Iracema Oliveira Anastacio, natural of ES.

**Paternal Grandfather:** Joao Anastacio de Fraga.

**Paternal Grandmother:** Jandira Ayres Fraga.

**Maternal Grandfather:** Sebastiao Francisco de Oliveira.

**Maternal Grandmother:** Terezinha Norberto de Oliveira.

**The birth was recorded on March 4, 1995.**

**Declarant:** The father.

**Witnesses:** Geraldo da Silva Dantas and Solange Missagia de Mattos.

**Observations:** 1st copy.


**The above is true and to it I give faith.**

**District of Ibes**          **March 4, 1995**

**(Signed)**          **Official**

I certify that I am a competent bilingual translator in the Portuguese and English Languages and that I have translated this document to the best of my ability.

_____ Date: 7/15/02
Joanna Mondardo Schmitz
Boston, MA

Signed and sworn before me this 15th day of July _____, 2002.

_____
Christopher W. Drinan
Notary Public
My commission expires on 05/12/2006.

REPÚBLICA FEDERATIVA DO BRASIL



ESTADO DO ESPÍRITO SANTO
MUNICÍPIO DE VILA VELHA

**CARTÓRIO LEANDRO**
**REGISTRO CIVIL**

COMARCA DE VITÓRIA
DISTRITO DE IBES

RUA SÃO LUIZ, 213 - FONES: 229-0140 - 229-7871

*Bel. Carlos Alberto Corcino de Freitas*
Oficial do Registro Civil

*João Roberto Corcino de Freitas*
Substituto

**CERTIDÃO DE NASCIMENTO**

Certifico, que às fls. _231_ do Livro A _33_ sob o nº

_29.609_ de ordem, foi lavrado o assento de nascimento

de: _"" MATHEUS DE OLIVEIRA ANASTACIO ""_

do sexo _masculino_ nascido no dia _Vinte e cinco de fevereiro_

de mil novecentos e noventa e cinco (25/02/95) às _10:45_ horas

em _Maternidade da Enseada - Vitória,ES._

filho de _Aldemir Anastacio Ayres - nat.ES._

e Dona _Iracema Oliveira Anastacio - nat.ES._

sendo avós paternos _João Anastácio de Fraga._

e Dona _Jandira Ayres Fraga_

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER**<br>EAC-02-143-50626 | **CASE TYPE** I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
| **RECEIPT DATE**<br>March 26, 2002 | **PRIORITY DATE**<br>April 27, 2001 | **PETITIONER**<br>KUPELS BAKERY |
| **NOTICE DATE**<br>May 14, 2002 | **PAGE**<br>1 of 1 | **BENEFICIARY**<br>AYRES, ALDEMIR |

JOHN K. DVORAK ESQ
LAW OFFICE OF JOHN K DVORAK
P O BOX 8788
BOSTON MA 02114

Notice Type: Approval Notice
Section: Skilled Worker or
Professional,
Sec.203(b)(3)(A)(i) or (ii)

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where the person lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



# LAW OFFICES OF JOHN K. DVORAK, P.C.

ATTORNEY-AT-LAW

P.O. Box 8788 – 180 CANAL STREET – 4TH FLOOR – BOSTON, MA 02114  - (617) 723-4422 – FAX (617) 723-8305

**John K. Dvorak**
Christopher W. Drinan
Susan E. Zak

December 22, 2004

EXAMS
US Citizenship & Immigration Services
JFK Federal Building, Room E-160
Government Center
Boston, MA 02203

## Request to Adjudicate I-485 Application

RE:    I-485 Application to Adjust Status
Applicants:        Aldemir A. AYRES          A#95-910-720
                   Iracema O. ANASTACIO      A#95-873-897
                   Paula O. ANASTACIO        A#95-912-263
                   Matheus O. ANASTACIO      A#95-912-264

Interview Date:        October 27, 2004

Dear USCIS Officer:

Above referenced Applicants were interviewed on October 27, 2004 regarding their I-485 Application. No additional documents were requested, but the application was not adjudicated pending security checks.

If you have received final security clearance, I would appreciate you adjudicating the case at your earliest convenience.

Sincerely,

John K. Dvorak

JKD:js

*&JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS

Aldemir A. Ayres; Iracema O. Anastacio; Paula O. Anastacio; Matheus O. Anastacio

**DEFENDANTS**

Michael Chertoff, Sec. DHS, Eduardo Aguirre, Jr. Dir -USC Denis Riordan, Reg. Dir., USCIS.

**(b)** County of Residence of First Listed Plaintiff    Middlesex

(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant

(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Susan E. Zak, Law Office of John K. Dvorak, P.O. Box 8788
180 Canal Street, Boston, MA 02114 (617)723-4422

Attorneys (If Known)

## II. BASIS OF JURISDICTION    (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                                 and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**  **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product  Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability  ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &  Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander  ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'  Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability  Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine  **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product  ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability  ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle  ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle  Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability  ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal  Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**  **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting  ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment  Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/  **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations  ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare  ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -  ☒ 540 Mandamus & Other | | | Under Equal Access |
| | Employment  ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities -  ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN    (Place an "X" in One Box Only)

☒ 1  Original Proceeding
☐ 2  Removed from State Court
☐ 3  Remanded from Appellate Court
☐ 4  Reinstated or Reopened
☐ 5  Transferred from another district (specify)
☐ 6  Multidistrict Litigation
☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1361 (Mandamus Act) ;5 USC 551 (Administrative Procedures Act)

Brief description of cause:
Injunction/ mandamus to adjudicate of I-485 application pending 6/04

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE                    DOCKET NUMBER

DATE   3/30/05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only)  Aldemir Ayres v. Michael Chertoff

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

✓  I.      160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    II.     195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

    III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

    IV.     220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

    V.      150, 152, 153.

3.  Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                    YES            NO    ✓

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)
                                                                    YES            NO    ✓

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                    YES            NO

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                    YES    ✓       NO    ✓

7.  Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                                    YES    ✓       NO

    A.   If yes, in which division do all of the non-governmental parties reside?

         Eastern Division    ✓          Central Division              Western Division

    B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

         Eastern Division                Central Division              Western Division

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes, submit a separate sheet identifying the motions)
                                                                    YES            NO

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Susan E. Zak, Esq.
ADDRESS  P.O. Box 8788, 180 Canal Street, Boston, MA
TELEPHONE NO.  (617) 723-7766

(CategoryForm.wpd - 2/15/05)