# UNITED STATES DISTRICT COURT

EASTERN _____ District of MASSACHUSETTS

Aldemir A. Ayres; Iracema O. Anastacio
Paula O. Anastacio; and Matheus O. Anastacio

V.

Michael Chertoff, Sec. USDHS,
Eduardo Aguirre, Jr. Dir-USCIS,
Denis Riordan, USCIS - Dist.
Dir

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05CV 10646 PBS

TO: (Name and address of Defendant)

Attorney General
U.S. Dept. of Justice
950 Penn. Ave. N.W.
Washington, D.C. 20530-0001

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Susan Zak Esq.
Law Office of John K. Dvorak
P.O. Box 8788
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    4-29-05
CLERK                                                DATE

_(signature)_
(By) DEPUTY CLERK

♦AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5·6·05 |

| NAME OF SERVER *(PRINT)* Susan Zuk | TITLE Atty |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Certified Mail. See proof of service attached hereto._

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               *Date*                    *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5-6-05 |
| NAME OF SERVER (PRINT) Susan Zuk | TITLE Atty |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail. See proof of service attached hereto.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              Signature of Server

                              _____
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __MASSACHUSETTS__

Aldemir A. Ayres; Iracema O. Anastacio;
Paula O. Anastacio; and Matheus O. Anastacio

V.

Michael Chertoff, Sec. US DHS,
Eduardo Aguirre, Jr. Dir. USCIS,
Denis Riordan, USCIS - Dist.
Dir

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05CV 10646 PBS

TO: (Name and address of Defendant)

Attorney General
U.S. Dept. of Justice
950 Penn. Ave. N.W.
Washington, D.C. 20530-0001

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Susan Zak Esq.
Law Office of John K. Dvorak
P.O. Box 8788
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON        4-29-05
CLERK                    DATE

(By) DEPUTY CLERK