IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALDEMIR AYRES, et al. )<br>)<br>Plaintiffs )<br>)<br>vs )<br>)<br>MICHAEL CHERTOFF, SECRETARY )<br>OF THE DEPARTMENT OF )<br>HOMELAND SECURITY, et al, )<br>)<br>Defendants. ) | Civil Action # 05-CV-10646-PBS |

**DEFENDANTS' MOTION TO EXTEND THE TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING UNTIL AUGUST 3, 2005**

Now comes the Defendants to requests that the time to file an answer or otherwise respond be extended until August 3, 2005. In support of the motion, the Defendants state that it is hoped that the extension may allow this matter to be resolved without the need for action by this Court.

The Plaintiff, through counsel, has no objection to the requested extension.

WHEREFORE, the Defendants request that the time to file an answer or otherwise respond be extended until August 3, 2005.

        Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

/s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136

## Certificate of Compliance

I hereby certify that on July 20, 2005, Plaintiff's counsel assented to the relief requested by way of this motion.

/s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney

## Certificate of Service

IT IS HEREBY CERTIFIED that on this 20th day of July 2005, service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, **Susan E. Zak**, Law Office of John K. Dvorak PC, 180 Canal Street, 4th Floor, P.O. Box 8788, Boston, MA 02119.

/s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney