UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

|  |  |
|---|---|
| ALDEMIR A. AYRES;<br>IRECEMA O. ANASTACIO;<br>PAULA O. ANASTACIO<br>MATHEUS O. ANASTACIO<br>    Plaintiff<br><br>v.<br><br>MICHAEL CHERTOFF<br>Secretary, U.S. Department<br>of Homeland Security;<br>EDUARDO AGUIRRE, JR.<br>Director, U.S. Citizenship<br>And Immigration Services,<br>DENIS RIORDAN, Boston District<br>Director, U.S. Citizenship<br>and Immigration Services<br>    Defendants | Civil Action: 05 10646-PBS |

### PLAINTIFFS' MOTION
### FOR WAIVER OF ELECTRONIC FILING

The Plaintiffs in the above-captioned matter respectfully move the Honorable Court for a waiver of the electronic filing requirement regarding the Plaintiffs' First Amended Complaint, which was previously filed with the Court via first-class mail on or about July 6, 2005.

In support thereof, the Plaintiffs state as follows:

1. Plaintiffs' counsel has registered for electronic filing privileges with the United States District Court for

1

Massachusetts (the "Court"), but has not received her password as of the date of this Motion.

Based on the foregoing, the Plaintiffs respectfully request that the electronic filing requirement for the pleadings in the above-captioned matter be waived until the Plaintiffs' counsel receives her password from the Court.

Respectfully submitted,

The Plaintiffs
By their Attorneys

_____
Susan E. Zak
BBO 568044
LAW OFFICE OF JOHN K. DVORAK
P.O. Box 8788
Boston, MA 02114

C:\My Documents\Court\mandamus-ayres.4101.doc

2

## CERTIFICATE OF SERVICE

  I, Susan E. Zak , Attorney for the Plaintiffs hereby certify that on July20, 2005   I served a copy of the Plainttiffs' Motion for Waiver of Electronic Filing via first-class mail  to:

Mark Grady
U.S. Attorney General Office
United States Federal Court
1 Courthouse Way
Suite 9200
Boston, MA 02210

            _____
            Susan E. Zak, Esq.
            LAW OFFICE OF JOHN K. DVORAK, P.C.
            P.O. Box 8788
            180 Canal Street, 4th Floor
            Boston, MA 02114

Date: _____