IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALDEMIR AYRES, et al.  )  <br> ) <br> Plaintiffs  ) <br> ) <br> vs  ) <br> ) <br> MICHAEL CHERTOFF, SECRETARY  ) <br> OF THE DEPARTMENT OF  ) <br> HOMELAND SECURITY, et al,  ) <br> ) <br> Defendants.  ) | Civil Action # 05-CV-10646-PBS |

DEFENDANTS' SECOND MOTION TO EXTEND THE TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING UNTIL AUGUST 17, 2005

Now come the Defendants to request that the time to file an answer or otherwise respond be extended until August 17, 2005. The matter has been granted one prior two-week extension through August 3, 2005.

In support of the motion, the Defendants state that it is hoped that the extension may allow this matter to be resolved without the need for action by this Court. In the course of the prior extension, Defendants have undertaken efforts to obtain all necessary information to adjudicate the Petition underlying the instant mandamus action. Specifically, a further interview was conducted on July 29, 2005, of the Plaintiff, Aldemir Ayres.

Should the information obtained at the interview be sufficient, it appears likely that a decision may be reached within two weeks.

The Plaintiff, through counsel, has no objection to the requested extension.

WHEREFORE, the Defendants request that the time to file an answer or otherwise respond be extended until August 17, 2005.

        Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

/s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136

### Certificate of Compliance

I hereby certify that on August 2, 2005, Plaintiff's counsel assented to the relief requested by way of this motion.

/s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney

### Certificate of Service

IT IS HEREBY CERTIFIED that on this 2nd day of August 2005, service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, **Susan E. Zak** , Law Office of John K. Dvorak PC , 180 Canal Street, 4th Floor , P.O. Box 8788, Boston, MA 02119.

/s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney