**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON, MASSACHUSETTS**

|  |  |
|---|---|
| | ) **Civil Action: 05 10646 PBS** |
| **ALDEMIR A. AYRES;** ) |
| **IRACEMA O. ANASTACIO;** ) |
| **PAULA O. ANASTACIO; and** ) |
| **MATHEUS O. ANASTACIO** ) |
|     **Plaintiffs** ) |
| ) |
|   **v.** ) |
| ) |
| **MICHAEL CHERTOFF** ) |
| **Secretary,U.S. Department** ) |
| **of Homeland Security;** ) |
|  **EDUARDO AGUIRRE, JR.** ) |
| **Director, U.S. Citizenship** ) |
| **And Immigration Services,** ) |
| **DENIS RIORDAN, Boston District**) |
| **Director, U.S. Citizenship** ) |
| **and Immigration Services** ) |
|     **Defendants** ) |
| )|

## FIRST AMENDED COMPLAINT FOR MANDAMUS

### I.    INTRODUCTION

The Plaintiffs, by and through their undersigned attorney,
bring this civil action for mandamus to compel Defendants and
those acting under them to rule upon the Applications for
Adjustment of Status to Lawful Permanent Resident ("I-485
Applications") duly filed by the Plaintiffs on or about July 29,
2002.

## II. THE PARTIES

1.  The Plaintiff Aldemir A. Ayres (A95-910-720) (the
    "Plaintiff" or "Mr. Ayres") is a native and citizen of
    Brazil, who currently resides at 56 Evans St., Apt. #2,
    Medford, MA 02115.

2.  The Plaintiff, Iracema O. Anastacio (A95-873-897), is Mr.
    Anastacio's spouse and currently resides at 56 Evans St.,
    Apt. 2, Medford, MA 02115.

3.  The Plaintiff, Paula O. Anastacio (A95-912-263) is Mr. Ayres
    and and Mrs. Anastacio's minor child, who currently resides
    at 56 Evans St., Apt. 2, Medford, MA 02115.

4.  The Plaintiff, Matheus Anastacio (A95-912-264) is Mr. Ayres
    and and Mrs. Anastacio's minor child, who currently resides
    at 56 Evans St., Apt. 2, Medford, MA 02115.

5.  The Defendant, Michael Chertoff, is the Acting Secretary of
    the U.S. Department of Homeland Security ("DHS"), and this
    action is brought against him in his official capacity. He
    is charged with enforcement of the Immigration and
    Nationality Act ("INA"), and is further authorized to
    delegate such powers and authority to subordinate employees
    of DHS, including, but not limited to, the U.S. Citizenship
    and Immigration Services ("USCIS").  USCIS is the agency
    within DHS to whom the Secretary's authority regarding,
    *inter alia*, the adjudication of I-485 application has in

2

part been delegated, and is subject to the Secretary's
supervision.

6.   The Defendant, Eduardo Aguirre, Jr., is the Director of
     USCIS and this action is brought against him in his official
     capacity. He is the official generally charged with
     supervisory authority over all operations of USCIS. In
     particular, he is responsible for the adjudication of
     applications by aliens to adjust status, pursuant to § 245
     of the INA (8 U.S.C. § 1255).

7.   The Defendant, Denis Riordan, is the Director for the Boston
     District Office of USCIS and this action is brought against
     him in his official capacity. He is the official generally
     charged with supervisory authority over all operations of
     USCIS within his district with certain specific exceptions
     not relevant here. Defendant District Director is the
     official directly charged with adjudicating Plaintiffs'
     applications for adjustment of status.

## II.   JURISDICTION AND VENUE

8.   This is a civil action brought pursuant to 28 U.S.C. Sec.
     1361 (the Mandamus Act) 28 U.S.C. 1331 (Federal Question
     Statute) and 5 U.S.C. Sec. 551 et. seq. (Administrative
     Procedures Act) to compel the Defendants and those working
     under them to perform a duty that they owe to the
     Plaintiffs.

3

9.  Costs and fees will be sought pursuant to the Equal Access
    to Justice Act, 5 U.S.C. §504, 28 U.S.C. §2412(d), et seq.

10. Venue is properly with this Court, pursuant to 28 U.S.C.
    §1391(e), in that this is an action against officers and
    agencies of the United States in their official capacities,
    brought in the District where, upon information and belief,
    a Defendant resides and where a substantial part of the
    events or omissions giving rise to Plaintiffs' claim
    occurred.  More specifically, an interview was conducted
    regarding Plaintiffs' application for adjustment of status
    at the Boston District Office of USCIS, and, to Plaintiffs'
    knowledge, remains pending there.

## IV.   REMEDY

11. Mr. Ayres, Iracema Anastacio, Paula O. Anastacio and Matheus
    O. Anastacio (collectively, the "Plaintiffs") are seeking an
    order to compel the Defendants and those working under them
    to adjudicate the Plaintiffs' pending applications for
    Adjustment of Status and an award of reasonable attorney's
    fees and costs associated with bring said action.

## V.   STATEMENT OF THE FACTS

12. On or about July 29, 2002, the Plaintiffs filed an
    Application for Adjustment of Status to Lawful Permanent
    Resident (I-485)with the INS (now USCIS) Service Center in
    St. Albans, VT, which is the proper filing place for
    employment-based I-485 Applications.  Copies of the I-485

4

Applications are attached hereto as Exhibit A (Mr.Ayres'

application), Exhibit B (Mrs. Anastacio's application, and

Exhibit C (Paula Anastacio's Application) and Exhibit D

(Matheus Anastacio's Application).

13.   Mr. Ayres's I-485 Application was based upon an approved

immigrant visa petition ("I-140") filed on his behalf by his

employer. A copy of the I-140 Approval Notice is attached

hereto as Exhibit E.

14.   Mrs. Anastacio and Paula and Matheus Anastacio are eligible

for Adjustment of Status as a derivative beneficiaries,

i.e., the spouse and children, of Mr. Ayres.

15.   Through the filing of the I-485 Applications, the Plaintiffs

were seeking adjustment to lawful permanent resident status

(a "Green Card").

16.   On or about October 27, 2004, the Defendants through their

designated agent (USCIS Examinations Officer Putnam)

interviewed the Plaintiffs on their Applications at the

USCIS Regional Office in Boston, Massachusetts.

17.   During the course of the interview, Mr. Ayres disclosed that

he had received a speeding ticket, which he had contested in

Somerville District Court.   The Somerville District Court

had dismissed the fine associated with the speeding

violation, which was drivinG 44 MPH in a 30 MPH zone.

5

18.  Officer Putnam made no decision on the application at the time of the interview because he wanted to investigate the speeding ticket violation.

19.  The fact that Mr. Ayres received a speeding ticket is not a legitimate reason for delaying the processing of the I-485 Applications.

20.  The Plaintiffs, through Counsel, have made repeated efforts to secure a decision from USCIS regarding the Plaintiffs' Applications.  In addition to telephone inquiries, they sent a written request for adjudication to USCIS on December 22, 2004. A copy of said letter is attached hereto as Exhibit F.

21.  USCIS, has failed to respond to the Plaintiffs' request for adjudication in any manner whatsoever.

22.  The Plaintiffs have no administrative remedies available.

23.  The Defendants have arbitrarily, willfully and unreasonably delayed the adjudication of the Plaintiffs' Applications.

24.  As a result of the Defendants' willful and unreasonable delay in adjudicating Plaintiffs' Applications, the Plaintiffs have been prejudiced. Until the I-485 Applications are adjudicated, the Plaintiffs are unable to travel overseas to visit their family, unable to plan for the future, unable to accrue time as lawful permanent residents for eventual qualification for U.S citizenship, and are constantly fearful that they will suffer deportation at some future date.

25.  The Plaintiffs have been further damaged in that their
     employment authorization is tied to their status as
     applicants for permanent residency and is limited to
     increments not to exceed one year. Therefore, the Plaintiffs
     will be forced to repeatedly apply (and pay) for extensions
     of employment authorization, to the continued inconvenience
     and harassment of Plaintiffs.

26.  The Defendants owe the Plaintiffs the duty to act upon their
     Applications for Adjustment of Status and have unreasonably
     failed to perform that duty.

27.  No other remedy exists for Plaintiffs to resolve Defendants'
     delay.

WHEREFORE, the Plaintiffs pray that this Honorable Court:

     1)   Order the Defendants to have their agents rule upon the
          Applications filed by the Plaintiffs; and

     2)   Grant such other and further relief as this Honorable
          Court deems proper under the circumstances; and

     3)   Grant attorney's fees and costs of this action pursuant
to the Equal Access to Justice Act ("EAJA").

                                   The Plaintiffs
                                   Aldemir A. Ayres
                                   Iracema O. Anastacio
                                   Paula O. Anastacio
                                   Matheus O. Anastacio
                                   By their Attorneys

                                   Susan E. Leak
                                   BBO 568044
                                   LAW OFFICE OF JOHN K. DVORAK
                                   P.O. Box 8788
                                   Boston, MA 02114

7

## CERTIFICATE OF SERVICE

I,  Susan E. Zak , Attorney for the Plaintiffs hereby certify that on July 6, 2005   I served a copy of the Plainttiffs' First Amended Complaint for Mandamus via first-class mail  to:

Mark Grady
U.S. Attorney General Office
United States Federal Court
1 Courthouse Way
Suite 9200
Boston, MA 02210

Susan E. Zak, Esq.
LAW OFFICE OF JOHN K. DVORAK, P.C.
P.O. Box 8788
180 Canal Street, 4th Floor
Boston, MA 02114

Date: 7|6|05

U.S. Department of Justice

Immigration and Naturalization Service

**Form I-485, Application to Register Permanent Residence or Adjust Status**

## START HERE - Please Type or Print

**FOR INS USE ONLY**

### Part 1. Information about you.

| Family Name AYRES | Given Name Aldemir | Middle Initial A |
|---|---|---|

Address - C/O

| Street Number and Name    8 School Street | Apt. # #3 |
|---|---|

City     Somerville

State    MA

Zip Code    02143

| Date of Birth (month/day/year)   08/03/1965 | Country of Birth   Brazil |
|---|---|

| Social Security #   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 | A # (if any)   none |
|---|---|

| Date of Last Arrival (month/day/year)   02/08/2000 | I-94 #   363642135 07 |
|---|---|

| Current INS Status   out of status | Expires on (month/day/year)   expired |
|---|---|

**FOR INS USE ONLY**

Returned

Receipt

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

### Part 2. Application Type.    *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice— or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least on year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

_____

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:    *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**Section of Law**

☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**

☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

**To Be Completed by Attorney or Representative, if any**

☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

**Part 3. Processing Information**

| A. City/Town/Village of Birth | Cariacica | | Current occupation | baker | |

| Your mother's first name | Jandyra | | Your father's first name | Joao | |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

Aldemir Ayres

| Place of last entry into the U.S. (City/State) | In what status did you last enter?    *(Visitor, Student, exchange* |
| New York - NY | *alien, crewman, temporary worker, without inspection, etc.)* |

| Were you inspected by a U.S. Immigration Officer?    ☒ Yes ☐ No | B2 |

| Nonimmigrant Visa Number    12133179 | Consulate where Visa was issued    Rio de Janeiro |

| Date Visa was issued (month/day/year)    08/21/1996 | Sex: ☒ Male ☐ Female | Marital Status ☒ Married ☐ Single ☐ Divorced ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.? ☒ No ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| DE OLIVEIRA | Iracema | | 09/10/1963 |

| Country of Birth | Relationship | A # | Applying with you? |
|---|---|---|---|
| Brazil | spouse | n/a | ☒ Yes ☐ No |

| Family Name    Anastaclo | Given Name    Paula | Middle Initial    o | Date of Birth (month/day/year)    09/21/1991 |

| Country of Birth    Brazil | Relationship    daughter | A #    n/a | Applying with you?    ☒ Yes ☐ No |

| Family Name    Anastaclo | Given Name    Matheus | Middle Initial    o | Date of Birth (month/day/year)    02/25/1995 |

| Country of Birth    Brazil | Relationship    son | A #    n/a | Applying with you?    ☒ Yes ☐ No |

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| | | | |

| Country of Birth | Relationship | A # | Applying with you?    ☐ Yes ☐ No |

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| | | | |

| Country of Birth | Relationship | A # | Applying with you?    ☐ Yes ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

_____

_____

_____

_____

_____

_____

_____

_____

_____

Form I-485 (Rev. 02/07/00)N Page 2

## Part 3. Processing Information    *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.? ☐ Yes ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally? ☐ Yes ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage? ☐ Yes ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit? ☐ Yes ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.? ☐ Yes ☒ No

**Part 4. Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| ✕ | Aldemir AYRES | 7/03/02 | |

**Please Note:** *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5. Signature of person preparing form if other than above.** *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | | | |

*Firm Name and Address*

**Supplement A to Form I-485**

---

START HERE - Please Type or Print

## Part 1.   Information about applicant

<table>
<tr><td>Family<br>Name   <b>AYRES</b></td><td>First<br>Name <b>Aldemir</b></td><td colspan="2">Middle<br>Name <b>Anastacio</b></td></tr>
<tr><td colspan="4">Address - C/O</td></tr>
<tr><td colspan="3">Street Number<br>and Name   <b>8 School Street</b></td><td>Apt.<br>Suite   <b>#3</b></td></tr>
<tr><td>City<br><b>Somerville</b></td><td colspan="2">State or<br>Province   <b>MA</b></td><td></td></tr>
<tr><td colspan="2">Country<br><b>USA</b></td><td colspan="2">ZIP/Postal<br>Code   <b>02143</b></td></tr>
<tr><td>INS<br>A #   <b>none</b></td><td colspan="2">Date of Birth <i>(month/day/year)</i><br><b>08/03/1965</b></td><td>Country of Birth<br><b>Brazil</b></td></tr>
</table>

## Part 2.   Basis for Eligibility  <i>(check one)</i>

1. On Form I-485, Part 2, I checked application type  <i>(check one):</i>

   a. ☒ An immigrant petition.                                   Go to #2.
   b. ☐ My spouse or parent applied.                             Go to #2.
   c. ☐ I entered as a K-1 fiance.                               Stop Here. Do Not File This Form.
   d. ☐ I was granted asylum.                                    Stop Here. Do Not File This Form.
   e. ☐ I am a native or citizen of Cuba.                        Go to #3.
   f. ☐ I am the husband, wife or child of a Cuban.             Go to #3.
   g. ☐ I have continuously resided in the U.S.                  Stop Here. Do Not File This Form.
   h. ☐ Other.                                                   Go to # 2
   i. ☐ I am already a permanent resident.                       Stop Here. Do Not File This Form.
   j. ☐ I am already a permanent resident and am the
        husband, wife or unmarried child of a Cuban             Stop Here. Do Not File This Form.

2. I have filed Form I-360 and I am applying for adjustment of status as a special
   immigrant juvenile court dependent or a special immigrant who has served in the
   United States Armed Forces     <i>(check one).</i>
   ☐ Yes  Stop Here. Do Not File This Form.                      ☒ No  Go to #3.

3. On Form I-485, Part 2, I checked block (e) or (f) and I last entered the United States legally after having been inspected and
   admitted or paroled.     ☐ Yes  Stop Here. Do Not File This Form.               ☒ No  Go to #11.

4. I last entered the United States     <i>(check one):</i>

   ☐ As a stowaway.                                   Go to #11.      ☐ Legally without a visa as a visitor for
   ☐ Legally as a crewman (D-1/D-2 visa).             Go to #11.          tourism or business.                              Go to #5.
   ☐ Without inspection.                              Go to #11.      ☐ Legally as a parolee.                               Go to #5.
   ☐ Legally in transit without visa status.          Go to #11.      ☒ Legally with another type of visa (show type **B2**     ).   Go to #5.

5. I last entered the United States legally without a visa as a visitor for tourism or business, and I am applying for adjustment of status
   as the spouse, unmarried child (under 21 years of age), parent, widow or widower of a United States citizen     <i>(check one).</i>

   ☐ Yes  Stop Here. Do Not File This Form.               ☒ No  Go to #6.

6. I last entered the United States legally as a parolee, or with a visa (except as a crewman), or as a Canadian citizen without a visa, and I am applying
   for adjustment of status     <i>(check one).</i>

   ☐ As the spouse, unmarried child less than 21 years old, parent, widow or widower of a United States citizen.  Stop Here. Do Not File This Form.

   ☐ As a special immigrant retired international organization employee or family member of an international organization
     employee or as a special immigrant physician; and I have filed Form I-360.     Stop Here. Do Not File This Form.

   ☒ Under some other category.  Go to #7.

---

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| Resubmitted | |
| Reloc Sent | |
| Reloc Rec'd | |
| Interviewed | |
| File Reviewed | Class of Adjustment<br>Code: |

**To Be Completed by**
**Attorney or Representative, if any**
☐ Check if G-28 is attached showing you
represent the petitioner

VOLAG#

ATTY State License #

## Part 2. Continue.

7. I am a national of the (former) Soviet Union, Vietnam, Laos or Cambodia who last entered the United States legally as a public interest parolee after having been denied refugee status, and I am applying for adjustment of status under Public Law 101-167 *(check one).*

☐ Yes   Stop Here. Do Not File This Form.        ☒ No   Go to #8.

8. I have been employed in the United States after January 1, 1977 without INS authorization    *(check one).*

☒ Yes   Go to #9.                                ☐ No   Go to #10.

9. I am applying for adjustment of status under the Immigration Nursing Relief Act (INRA); I was employed without INS authorization only on or before November 29, 1990, and I have always maintained a lawful immigration status while in the United States after November 5, 1986 *(check one):*

☐ Yes   Stop Here. Do Not File This Form.        ☒ No   Go to #10.

10. I am now in lawful immigration status; and I have always maintained a lawful immigration status while in the United States after November 5, 1986   *(check one).*

☐ Yes   Stop Here. Do Not File This Form.

☐ No, but I believe the INS will determine that my failure to be in or maintain a lawful immigration status was through no fault of my own or for technical reasons.    Stop Here. Do Not File This Form,    Attach an explanation regarding this question to your Form I-485 application.

☒ No   Go to #11.

11. I am unmarried and less than 17 years old    *(check one).*

☐ Yes   Stop Here. File This Form and Form I-485.        Pay only the fee required with Form I-485.
☒ No   Go to #12.

12. I am the unmarried child of a legalized alien and am less than 21 years old, or I am the spouse of a legalized alien; and I have attached a copy of my receipt or approval notice showing that I have properly filed Form I-817, Application for Voluntary Departure under the Family Unity Program *(check one).*

☐ Yes   Stop Here. File This Form and Form I-485.        Pay only the fee required with Form I-485.
☒ No   Go to #13.

13. File The Form and Form I-485. You must pay the additional sum:

$  220.00 - Fee required with Form I-485 *  and
$1,000.00 - Additional sum under section 245(i) of the Act
-----------
$1,220.00 - Total amount you must pay.

*If you filed Form I-485 separately, attach a copy of your filing receipt and pay only the additional sum of $1000.00. In #11 and / or #12, show the answer you would have given on the date you filed Form I-485.

## Part 3.
**Signature.**  Read the information on penalties in the instruction before completing this section. If someone helped you prepare the petition he or she must complete Part 4.

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| X  Aldemir | Aldemir    AYRES | 7/03/02 | |

**Please Note:**  If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.

## Part 4. Signature of person preparing form if other than above.        *(Sign Below)*

*I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.*

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| | | | |

Firm Name
and Address

U.S. Department of Justice    OMB No. 1115-0066
Immigration and Naturalization Service    Approval expires 4-30-85

## BIOGRAPHIC INFORMATION

| (Family name) AYRES | (First name) Aldemir | (Middle name) Anastacio | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 08/03/1965 | NATIONALITY Brazil | FILE NUMBER A- none |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED    (Including names by previous marriages) none | CITY AND COUNTRY OF BIRTH Carlacica          Brazil | SOCIAL SECURITY NO. (if any) 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 |
|---|---|---|

|  | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |  |
|---|---|---|---|---|---|
| FATHER | FRAGA | Joao | Esp. Santo  Brazil | deceased |  |
| MOTHER (Maiden name) | AYRES | Jandyra | Esp. Santo Brazil | Vila Velha | ES, Brazil |

| HUSBAND(If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | DE OLIVEIRA | Iracema | 09/10/1963 | Vitoria, ES Brazil | 01/14/1989 | Vila Velha, Brazil |

| FORMER HUSBANDS OR WIVES (If none, so state) |  |  |  |  |
|---|---|---|---|---|
| FAMILY NAME  (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
| none |  |  |  |  |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 8 School Street | Somerville | MA | USA | 02 | 2000 | PRESENT TIME | |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| Rua Fablo Rusque, 165 | Vila Velha | Esp. Santo | Brazil |  | 1988 | 02 | 2000 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|
| Kupels Bakery      421 Harvard St, Brookline | | baker | 04 | 2000 | PRESENT TIME | |
| Bertucci's      Woburn | | cook | 04 | 2000 | present | time |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION    ☐ OTHER (SPECIFY): ☒ STATUS AS PERMANENT RESIDENT  Are all copies legible?  ☒ Yes | SIGNATURE OF APPLICANT  X  [signature] | DATE  7/03/02 |
|---|---|---|
|  | If your native alphabet is other than roman letters, write your name in your native alphabet here: |  |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

## APPLICANT:  BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) AYRES | (Given name) Aldemir | (Middle name) Anastacio | (Alien registration number) none |
|---|---|---|---|

Form G-325  (Rev. 10-1-82) Y

(1) Ident.

**FEDERATIVE REPUBLIC OF BRAZIL**
**Civil Registry**
Joaquim Ferreira de Azevedo, official of Civil Registry of District of Itaquari, Municipality & County of Cariacia, State of Espirito Santo, hereby certifies in the terms of the law that:

## BIRTH CERTIFICATE - 22156

Book #: A-31                   Page #: 139
Name: <u>ALDEMIR ANASTACIO AYRES</u>, male.
Date of Birth: August 3, 1965 at 8:30 PM.
Place of Birth: Alto Boa Vista at this district.
Name of the Father: Joao Anastacio da Fraga.
Name of the Mother: Jandyra Ayres Fraga.
Paternal Grandfather: Joao Anastacio.
Paternal Grandmother: Candida Anastacio da Fraga.
Maternal Grandfather: Jovino Ayres do Espirito Santo.
Maternal Grandmother: Celia Ayres de Alvarenga.
Declarant: The father.
Witnesses: Edson Santos Abreu and Ormy Sallen Siqueira.
Observations: The birth was recorded on 08/04/65.

The above is true and to it I give faith.

       Itaquari           August 14, 1965.

       (Signed)           Official

I certify that I am a competent bilingual translator in the Portuguese and English Languages and that I have translated this document to the best of my ability.

_____  Date: _7/15/02_
Joanna Mondardo Schmitz
Boston, MA

Signed and sworn before me this _15_ day of _July_____, 2002.

Christofer W. Drinan
Notary Public
My commission expires on 05/12/2006.

REPÚBLICA DOS ESTADOS U[...]

# REGISTRO  CIVIL

JOAQUIM FERREIRA DE AZEVEDO, O[...]
do Registro Civil do distrito de Ita
quari, Munioipio e Comarca de Caria
oica, Estado do Espírito Santo, por
nomeação na fórma da Lei, eto.

## NASCIMENTO N.º 22156

CERTIFICO, que, no livro n.º A11 fls. n.º 119, de registro de nasoimentos foi feito o assento de ALDEIR ANASTACIO AYRESnascido aos três (3) de agosto mil novecentos e sessenta e
cinco (1965) às 20:30 horas, em Alto Bôa Vista - nº distrito
, do sexo masculino de oôr branca, filh a
de João Anastacio da Fraga —:—
e de D.ª Jandyra Ayres Fraga —:—
sendo avós paternos João Anastácio —:—
e D.ª Candida Anastacio da Fraga —:—

# Proof of Physical Presence in the US Prior to December 21, 2000

Número de Saída

**363642135 07**

Serviço de
Imigração e Naturalização
I-94
Registro de Saída

U. S. IMMIGRATION
NEW YORK, N.Y. 2803

FEB - 8 2000

ADMITTED
UNTIL

14. Nome de Família
A Y R E S

15. Nome Próprio
A L D E M I R

16 Data do Nascimento (dia/mês/ano)
0 3 0 8 6 5

17. País de Cidadania
B R A S I L

**Vide verso**                    **STAPLE HERE**



Bell Atlantic
1310 North Court House Road
Arlington, VA 22201



February 18, 2000

8018 659901 016024 049 9 01
ALDEMIR AYRES
FLR 3
8 SCHOOL
SOMERVILLE MA 02143

Dear Aldemir Ayres:

Thank you for your order. We're sure you'll enjoy the ease and convenience of your new
Bell Atlantic service(s), designed to complement your lifestyle.

Enclosed are the instructions you will need to start enjoying the benefits of your new
service(s) right away. Take a few moments to read them over.

Bell Atlantic appreciates your confidence in our family of quality products and services.
We are working hard to make them the best and the easiest to use.

If you have any questions concerning your service, or if you are interested in ordering
additional services, please call our Representative. The telephone number to your local
service center can be found on the front pages of your Bell Atlantic telephone directory.

Again, thank you for choosing Bell Atlantic. We look forward to providing you with the
utmost in service and convenience, both now and in the future.

Sincerely,

Bell Atlantic

> Bell Atlantic directory assistance has gone National! By just dialing the familiar
> "411" you can request a telephone number across the country or just across town.
> And, you don't need to know the area code. Just give Bell Atlantic the city, state
> and name. National 411 listings are only 95 cents, which includes up to two
> listings per call.  Please check your Bell Atlantic White Page Directory for more
> information about Bell Atlantic's local and national directory assistance.

OMB No. 1115-0053
**Form I-485, Application to Register
Permanent Residence or Adjust Status**

## START HERE - Please Type or Print

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name **ANASTACIO** | Given Name **Iracema** | Middle Initial **O** |

Address - C/O

| | |
|---|---|
| Street Number and Name **8 School Street** | Apt. # **#3** |

City **Somerville**

| | |
|---|---|
| State **MA** | Zip Code **02143** |

| | |
|---|---|
| Date of Birth (month/day/year) **09/10/1963** | Country of Birth **Brazil** |

| | |
|---|---|
| Social Security # **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** | A # (if any) **none** |

| | |
|---|---|
| Date of Last Arrival (month/day/year) **03/20/2000** | I-94 # **819622632 05** |

| | |
|---|---|
| Current INS Status **out of status** | Expires on (month/day/year) **expired** |

### Part 2. Application Type.  *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice— or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☒ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least on year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

_____

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:  *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

---

**FOR INS USE ONLY**

| Returned | Receipt |
|---|---|
| | |

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

**Section of Law**

☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

**Country Chargeable**

**Eligibility Under Sec. 245**

☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

---

**To Be Completed by Attorney or Representative, if any**

☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

---

## Part 3. Processing Information

| A. City/Town/Village of Birth | Vitoria | | Current occupation | housekeepper |
|---|---|---|---|---|

| Your mother's first name | Terezinha | | Your father's first name | Sebastiao |
|---|---|---|---|---|

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

Iracema ANASTACIO

| Place of last entry into the U.S. (City/State) | In what status did you last enter? *(Visitor, Student, exchange* |
|---|---|
| Orlando - FL | *alien, crewman, temporary worker, without inspection, etc.)* |

| Were you inspected by a U.S. Immigration Officer? ☒ Yes ☐ No | B2 |
|---|---|

| Nonimmigrant Visa Number 12133178 | Consulate where Visa was issued Rio de Janeiro |
|---|---|

| Date Visa was issued (month/day/year) 08/21/1996 | Sex: ☐ Male ☒ Female | Marital Status ☒ Married ☐ Single ☐ Divorced ☐ Widowed |
|---|---|---|

Have you ever before applied for permanent resident status in the U.S.?    ☒ No    ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

B. List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name Ayres | Given Name Aldemir | Middle Initial A | Date of Birth (month/day/year) 08/03/1965 |
|---|---|---|---|
| Country of Birth Brazil | Relationship spouse | A # n/a | Applying with you? ☒ Yes ☐ No |

| Family Name Anastacio | Given Name Paula | Middle Initial Ò | Date of Birth (month/day/year) 09/21/1991 |
|---|---|---|---|
| Country of Birth Brazil | Relationship daughter | A # n/a | Applying with you? ☒ Yes ☐ No |

| Family Name Anastacio | Given Name Matheus | Middle Initial O | Date of Birth (month/day/year) 02/25/1995 |
|---|---|---|---|
| Country of Birth Brazil | Relationship son | A # n/a | Applying with you? ☒ Yes ☐ No |

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |

C. List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

## Part 3. Processing Information    *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.? ☐ Yes ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally? ☐ Yes ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage? ☐ Yes ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit? ☐ Yes ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.? ☐ Yes ☒ No

**Part 4. Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | *Print Your Name* | *Date* | *Daytime Phone Number* |
|---|---|---|---|
| | Yracema ANASTACIO | 7/03/02 | |

*Please Note:* *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5. Signature of person preparing form if other than above.**   *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| *Signature* | *Print Your Name* | *Date* | *Daytime Phone Number* |
|---|---|---|---|
| | | | |

*Firm Name
and Address*

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0053

**Supplement A to Form I-485**

START HERE - Please Type or Print

**Part 1.   Information about applicant**

| FOR INS USE ONLY |
|---|

| Family Name | ANASTACIO | First Name | Iracema | Middle Name | Oliveira |
|---|---|---|---|---|---|

Address - C/O

| Street Number and Name | 8 School Street | Apt. Suite | #3 |
|---|---|---|---|

| City | Somerville | State or Province | MA |
|---|---|---|---|

| Country | USA | ZIP/Postal Code | 02143 |
|---|---|---|---|

| INS A # | none | Date of Birth  (month/day/year) 09/10/1963 | Country of Birth Brazil |
|---|---|---|---|

**Part 2.   Basis for Eligibility**   (check one)

1. On Form I-485, Part 2, I checked application type   (check one):

   a. ☐ An immigrant petition.                                              Go to #2.
   b. ☒ My spouse or parent applied.                                   Go to #2.
   c. ☐ I entered as a K-1 fiance.                                         Stop Here. Do Not File This Form.
   d. ☐ I was granted asylum.                                             Stop Here. Do Not File This Form.
   e. ☐ I am a native or citizen of Cuba.                              Go to #3.
   f. ☐ I am the husband, wife or child of a Cuban.              Go to #3.
   g. ☐ I have continuously resided in the U.S.                     Stop Here. Do Not File This Form.
   h. ☐ Other.                                                                       Go to # 2
   i. ☐ I am already a permanent resident.                          Stop Here. Do Not File This Form.
   j. ☐ I am already a permanent resident and am the
          husband, wife or unmarried child of a Cuban          Stop Here. Do Not File This Form.

2. I have filed Form I-360 and I am applying for adjustment of status as a special immigrant juvenile court dependent or a special immigrant who has served in the United States Armed Forces   (check one).
   ☐ Yes   Stop Here. Do Not File This Form.            ☒ No   Go to #3.

3. On Form I-485, Part 2, I checked block (e) or (f) and I last entered the United States legally after having been inspected and admitted or paroled.   ☐ Yes   Stop Here. Do Not File This Form.     ☒ No   Go to #11.

4. I last entered the United States   (check one):

   ☐ As a stowaway.                                              Go to #11.          ☐ Legally without a visa as a visitor for
   ☐ Legally as a crewman (D-1/D-2 visa).           Go to #11.                tourism or business.                                       Go to #5.
   ☐ Without inspection.                                         Go to #11.          ☐ Legally as a parolee.                                     Go to #5.
   ☐ Legally in transit without visa status.            Go to #11.          ☒ Legally with another type of visa (show type  B2       ).   Go to #5.

5. I last entered the United States legally without a visa as a visitor for tourism or business, and I am applying for adjustment of status as the spouse, unmarried child (under 21 years of age), parent, widow or widower of a United States citizen   (check one).
   ☐ Yes   Stop Here. Do Not File This Form.            ☒ No   Go to #6.

6. I last entered the United States legally as a parolee, or with a visa (except as a crewman), or as a Canadian citizen without a visa, and I an applying for adjustment of status   (check one).
   ☐ As the spouse, unmarried child less than 21 years old, parent, widow or widower of a United States citizen.   Stop Here.  Do Not File This Form.

   ☐ As a special immigrant retired international organization employee or family member of an international organization employee or as a special immigrant physician; and I have filed Form I-360.   Stop Here. Do Not File This Form.

   ☒ Under some other category.   Go to #7.

**FOR INS USE ONLY**

| Returned | Receipt |
|---|---|

Resubmitted

Reloc Sent

Reloc Rec'd

Interviewed

| File Reviewed | Class of Adjustment Code: |
|---|---|

| To Be Completed by Attorney or Representative, if any |
|---|

☐ Check if G-28 is attached showing you represent the petitioner

VOLAG#

ATTY State License #

Form I-485 (01/18/01)Y – Supplement A

## Part 2. Continue.

7.  I am a national of the (former) Soviet Union, Vietnam, Laos or Cambodia who last entered the United States legally as a public interest parolee after having been denied refugee status, and I am applying for adjustment of status under Public Law 101-167   *(check one)*.

☐ Yes   Stop Here. Do Not File This Form.          ☒ No   Go to #8.

8.  I have been employed in the United States after January 1, 1977 without INS authorization       *(check one)*.

☒ Yes   Go to #9.                               ☐ No   Go to #10.

9.  I am applying for adjustment of status under the Immigration Nursing Relief Act (INRA); I was employed without INS authorization only on or before November 29, 1990, and I have always maintained a lawful immigration status while in the United States after November 5, 1986 *(check one)*:

☐ Yes   Stop Here. Do Not File This Form.          ☒ No   Go to #10.

10. I am now in lawful immigration status; and I have always maintained a lawful immigration status while in the United States after November 5, 1986   *(check one)*.

☐ Yes   Stop Here. Do Not File This Form.

☐ No, but I believe the INS will determine that my failure to be in or maintain a lawful immigration status was through no fault of my own or for technical reasons.     Stop Here. Do Not File This Form,     Attach an explanation regarding this question to your Form I-485 application.

☒ No   Go to #11.

11. I am unmarried and less than 17 years old     *(check one)*.

☐ Yes   Stop Here. File This Form and Form I-485.          Pay only the fee required with Form I-485.
☒ No   Go to #12.

12. I am the unmarried child of a legalized alien and am less than 21 years old; or I am the spouse of a legalized alien; and I have attached a copy of my receipt or approval notice showing that I have properly filed Form I-817, Application for Voluntary Departure under the Family Unity Program *(check one)*.

☐ Yes   Stop Here. File This Form and Form I-485.          Pay only the fee required with Form I-485.
☒ No   Go to #13.

13. File The Form and Form I-485. You must pay the additional sum:

    $  220.00 - Fee required with Form I-485 * and
    $1,000.00 - Additional sum under section 245(i) of the Act
    --------
    $1,220.00 - Total amount you must pay.

*If you filed Form I-485 separately, attach a copy of your filing receipt and pay only the additional sum of $1000.00. In #11 and / or #12, show the answer you would have given on the date you filed Form I-485.

---

**Part 3.**     **Signature.** Read the information on penalties in the instruction before completing this section. If someone helped you prepare the petition he or she must complete Part 4.

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| X *Iracema Anastacio* | Iracema     ANASTACIO | 7/03/02 | |

**Please Note:** If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.

---

### Part 4. Signature of person preparing form if other than above.          *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| | | | |

Firm Name
and Address

## BIOGRAPHIC INFORMATION

| (Family name) ANASTACIO | (First name) Iracema | (Middle name) Oliveira | ☐ MALE ☒ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 09/10/1963 | NATIONALITY Brazil | FILE NUMBER A- none |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (Including names by previous marriages) Iracema de Oliveira | CITY AND COUNTRY OF BIRTH Vitoria          Brazil | SOCIAL SECURITY NO. (If any) 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 |
|---|---|---|

|  | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | OLIVEIRA | Sebastiao | Minas Gerais Brazil | deceased |
| MOTHER (Maiden name) NORBERTO | | Terezinha | Minas Gera Brazil | Vila Velha          ES, Brazil |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | AYRES | Aldemir | 08/03/1965 | Carlacica, ES Brazil | 01/14/1989 | Vila Velha, Brazil |

| FORMER HUSBANDS OR WIVES (If none, so state) | | | | | |
|---|---|---|---|---|---|
| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
| none | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| 8 School Street | Somerville | MA | USA | 03 | 2000 | PRESENT TIME | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| Rua Fabio Rusque, 165 | Vila Velha | Esp. Santo | Brazil | | 1988 | 03 | 2000 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| self-employed | housekeeper | | 2001 | PRESENT TIME | |
| | | | | | |
| | | | | | |
| | | | | | |
| Show below last occupation abroad if not shown above. (Include all information requested above.) | | | | | |

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION   ☐ OTHER (SPECIFY): ☒ STATUS AS PERMANENT RESIDENT | X _Anastasiacu_ | 7/3/02 |
| Are all copies legible?  ☒ Yes | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## APPLICANT:
**BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.**

| COMPLETE THIS BOX (Family Name) ANASTACIO | (Given name) Iracema | (Middle name) Oliveira | (Alien registration number) none |
|---|---|---|---|

### FEDERATIVE REPUBLIC OF BRAZIL
### Cid Dessaune Register Office
### District of Argolas / Municipality of Vila Velha
### County of Capital / State of Espirito Santo

## BIRTH CERTIFICATE

**Book #: A-36**　　　　　　**Page #: 475**　　　　　**Term #: 32.867**

**Name: IRACEMA DE OLIVEIRA, female.**

**Date of Birth: September 10, nineteen sixty-three (09/10/1963) at 9:55 PM at Sao Jose Maternity.**

**Place of Birth: Vitoria City, Espirito Santo State.**

**Name of the Father: Sebastiao Francisco de Oliveira.**

**Name of the Mother: Terezinha Norberto de Oliveira.**

**Paternal Grandfather: Antonio Jose de Oliveira.**

**Paternal Grandmother: Paula Goncalves da Silva.**

**Maternal Grandfather: Jose Brigido de Souza.**

**Maternal Grandmother: Maria Rodrigues Vicente Marta.**

**Declarant: The father.**

**The birth was recorded on September 13, 1963.**

**Witnesses: Daniel Paixao and Elviso Neves.**

**Observations: None.**

**The above is true and to it I give faith.**

　　　**Argolas/Vila Velha – ES**　　　**July 9, 2002**

　　　**(Signed)**　　　　　　　　**Official**

I certify that I am a competent bilingual translator in the Portuguese and English Languages and that I have translated this document to the best of my ability.

_____ Date: _7/15/02_

Joanna Mondardo Schmitz
Boston, MA

Signed and sworn before me this _15_[TH] day of ___July___, 2002.

Christopher W. Drinan
Notary Public
My commission expires on 05/12/2006.

# REPÚBLICA FEDERATIVA DO BRASIL



## CARTÓRIO "CID DESSAUNE"

Registro Civil e Tabelionato de Notas
Praça de Matriz n°05, loja - Tel. (027) 3326-1118
Distrito de Argolas - Município de Vila Velha
Comarca da Capital - Estado do Espírito Santo

"MARCELO BOMFIM DESSAUNE"
Bel. BRUNO NOGUEIRA DESSAUNE
Oficial e Tabelião

Bel. MARCELA NOGUEIRA DESSAUNE DE OLIVEIRA
oficial substituta

# CERTIDÃO DE NASCIMENTO

CERTIFICO que, às folhas 475, do livro A-36, sob n°32.867 de ordem, foi lavrado o assento do nascimento de IRACEMA DE OLIVEIRA, do sexo feminino, nascida no dia dez de setembro de mil novecentos e sessenta e três (10.09.1963), às 21:55 horas, em "Maternidade São José", Vitória, neste Estado, filha de SEBASTIÃO FRANCISCO DE OLIVEIRA e de dona TEREZINHA NORBERTO DE OLIVEIRA.

São avós paternos: Antônio José de Oliveira e dona Paula Gonçalves da Silva, e avós maternos: José Brígido de Souza e dona Maria Rodrigues Vicente Marta.

O assente foi lavrado em 13 de setembro de 1963, tendo sido declarante o pai, e serviram de testemunhas: Daniel Paixão e Elysio Neves.

Observações: Nada consta.

O referido é verdade e dou fé
ARGOLAS/VILA VELHA ES. 09 de JULHO de 2002.

Bruno Nogueira Dessaune
Oficial do Registro Civil
Bel. BRUNO NOGGUEIRA DESSAUNE
Oficial de Registro Civil e Tabelião de Notas

CARTÓRIO "CID DESSAUNE"
Registro Civil e Tabelionato de Notas

Bel. Marcelo Bomfim Dessaune
Oficial e Tabelião
Bruno Nogueira Dessaune
Marcela Nogueira Dessaune de Oliveira
Substitutos
Praça da Matriz 05 Loja 01  (027) 3326-1118
Distrito de Argolas, Município de Vila Velha
Comarca da Capital, Estado do Espírito Santo

VÁLIDA EM TODO TERRITÓRIO NACIONAL. QUALQUER ADULTERAÇÃO OU RASURA INVALIDA ESTE DOCUMENTO

032632409

## FEDERATIVE REPUBLIC OF BRAZIL
### Civil Registry
### State of Espirito Santo
### County of Capital
### Municipality of Vila Velha
### District of Sao Torquato

## MARRIAGE CERTIFICATE

**Francisco Antonio de Almeida Teixeira – Official of Civil Registry**

Book #: B-02
Folio #: 160
Term #: 519

I hereby certify that under the above numbers is the registry between ALDEMIR ANASTACIO AYRES and IRACEMA DE OLIVEIRA, which was celebrated on the 14th of January of 1989. Registered ratified by the Judge Vitalino Turcato. Jose Luiz Salomao de Castro and Iolanda Anastacio Ayres were the witnesses. He was born in Itaquari – Cariacia _ES, on the 3rd of August of 1965, resident at this district, son of Mr. Joao Anastacio de Fraga and Mrs. Jandira Ayres Fraga. She was born in Vitoria – ES, on the 10th of September of 1963, industrial worker, resident at this district, daughter of Mr. Sebastiao Francisco de Oliveira and Mrs. Terezinha Norberto de Oliveira. The bride shall hereon sign her name as IRACEMA OLIVEIRA ANASTACIO. Observations: The marriage was effected under law number 6.015 of 12-31-73 and under the regime of the partial communion of assets.

The above is true and to it I give faith.

Cobilandia                    January 20, 1989

(Signed)                      Official – Eduardo Monteiro Fernandes

I certify that I am a competent bilingual translator in the Portuguese and English Languages and that I have translated this document to the best of my ability.

_____ Date: _7/15/02_

Joanna Mondardo Schmitz
Boston, MA

Signed and sworn before me this _15_ day of _July_ , 2002.

Christopher W. Drinan
Notary Public
My commission expires on 05/12/2006.

# REPUBLICA FEDERATIVA DO BRASIL

— Cartório Francisco Teixeira —
REGISTRO CIVIL E TABELIONATO
Francisco Antonio Almeida Teixeira
TABELIÃO E OFICIAL
Neidemara Fernandes Teixeira
SUBSTITUTA
Eduardo Monteiro Fernandes
ESCREVENTE
Rodovia Carlos Lindemberg, 2007
Dist. São Torquato - Sucursal Cobilandia
VILA VELHA — ES

# REGISTRO CIVIL

Estado de ....ESPIRITO SANTO —

Comarca de ....CAPITAL —

Município de ....VILA VELHA —

Distrito de ....SÃO TORQUATO —

# CERTIDÃO DE CASAMENTO

.......... Francisco Antonio de Almeida Teixeira ..........

Oficial .... Tabelião .......... do Registro Civil"

CERTIFICO que, sob o nº .... 519 .........., à fls. .... 160 .........., do livro nº .B–02. Aux.
de registro de casamentos, verifiquei constar que no dia .. 14 . de ...... janeiro ..........

.......... de 19 89 .........., foi feito o casamento de ..........

ALDEMIR ANASTACIO AYRES e IRACEMA DE OLIVEIRA

contraído perante o .Frei .......... Vitalino Turcato ..........

e as testemunhas .......... José Luiz Salomão de Castro ..........

.......... Iolanda Anastacio Ayres ..........

Ele, nascido em .......... Itaquari, Cariacica — ES ..........

aos .......... 03 . de .. agosto .......... de .. 1965 ..........

.......... profissão .escriturário .........., domiciliado e

residente em .......... Neste distrito .........; filho de

.......... João Anastácio de Fraga ..........

.......... Jandira Ayres Fraga ..........

Ela, nascida em ..........

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0053
**Form I-485, Application to Register Permanent Residence or Adjust Status**

## START HERE - Please Type or Print

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name **ANASTACIO** | Given Name **Paula** | Middle Initial **O** |

| Address - C/O |
|---|

| Street Number and Name **8 School Street** | Apt. # **#3** |
|---|---|

| City **Somerville** |
|---|

| State **MA** | Zip Code **02143** |
|---|---|

| Date of Birth (month/day/year) **09/21/1991** | Country of Birth **Brazil** |
|---|---|

| Social Security # | A # (if any) **none** |
|---|---|

| Date of Last Arrival (month/day/year) **03/20/2000** | I-94 # **234188837 05** |
|---|---|

| Current INS Status **out of status** | Expires on (month/day/year) **expired** |
|---|---|

### Part 2. Application Type.     *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☒ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least on year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:     *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

---

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|

| Resubmitted | |
|---|---|

| Reloc Sent | |
|---|---|

| Reloc Rec'd | |
|---|---|

☐ Applicant Interviewed

**Section of Law**

☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

**Country Chargeable**

**Eligibility Under Sec. 245**

☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

**To Be Completed by Attorney or Representative, if any**

☐ Fill in box if G-28 is attached to represent the applicant
VOLAG#
ATTY State License #

*Continued on back.*

Form I-485 (Rev. 02/07/00)N Page 1

# Part 3. Processing Information

| A. City/Town/Village of Birth | Vila Velha | Current occupation | student |
|---|---|---|---|
| Your mother's first name | Iracema | Your father's first name | Aldemir |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

**Paula Anastacio**

| Place of last entry into the U.S. (City/State) | In what status did you last enter?  *(Visitor, Student, exchange* |
|---|---|
| **Orlando - FL** | *alien, crewman, temporary worker, without inspection, etc.)* |

| Were you inspected by a U.S. Immigration Officer? | ☒ Yes  ☐ No | **B2** |
|---|---|---|

| Nonimmigrant Visa Number | **24965540** | Consulate where Visa was issued | **Rio de Janeiro** |
|---|---|---|---|

| Date Visa was issued (month/day/year) | **12/22/1999** | Sex: ☐ Male  ☒ Female | Marital Status  ☐ Married  ☒ Single  ☐ Divorced  ☐ Widowed |
|---|---|---|---|

Have you ever before applied for permanent resident status in the U.S.?  ☒ No  ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

---

B. List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name         NONE | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |

C. List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

## Part 3.  Processing Information    *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1.  Have you ever, in or outside the U.S.:
    a.  knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?   ☐ Yes  ☒ No
    b.  been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?   ☐ Yes  ☒ No
    c.  been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?   ☐ Yes  ☒ No
    d.  exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.?   ☐ Yes  ☒ No

2.  Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?   ☐ Yes  ☒ No

3.  Have you ever:
    a.  within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?   ☐ Yes  ☒ No
    b.  engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?   ☐ Yes  ☒ No
    c.  knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?   ☐ Yes  ☒ No
    d.  illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?   ☐ Yes  ☒ No

4.  Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity?   ☐ Yes  ☒ No

5.  Do you intend to engage in the U.S. in:
    a.  espionage?   ☐ Yes  ☒ No
    b.  any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means?   ☐ Yes  ☒ No
    c.  any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?   ☐ Yes  ☒ No

6.  Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?   ☐ Yes  ☒ No

7.  Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?   ☐ Yes  ☒ No

8.  Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion?   ☐ Yes  ☒ No

9.  Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?   ☐ Yes  ☒ No

10.  Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit?   ☐ Yes  ☒ No

11.  Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?   ☐ Yes  ☒ No

12.  Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver?   ☐ Yes  ☒ No

13.  Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child?   ☐ Yes  ☒ No

14.  Do you plan to practice polygamy in the U.S.?   ☐ Yes  ☒ No

**Part 4. Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration.** The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System: I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| X Paula Anastacio | Paula ANASTACIO | 7/03/02 | |

**Please Note:** *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5. Signature of person preparing form if other than above.** *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | | | |

**Firm Name and Address**

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0053

## Supplement A to Form I-485

START HERE - Please Type or Print

## Part 1.   Information about applicant

| FOR INS USE ONLY |
|---|

| Family Name | ANASTACIO | First Name | Paula | Middle Name | Oliveira |
|---|---|---|---|---|---|

Address - C/O

| Street Number and Name | 8 School Street | Apt. Suite | #3 |
|---|---|---|---|

| City | Somerville | State or Province | MA |
|---|---|---|---|

| Country | USA | ZIP/Postal Code | 02143 |
|---|---|---|---|

| INS A # | none | Date of Birth *(month/day/year)* 09/21/1991 | Country of Birth | Brazil |
|---|---|---|---|---|

**FOR INS USE ONLY**

Returned

Receipt

Resubmitted

Reloc Sent

Reloc Rec'd

Interviewed

| File Reviewed | Class of Adjustment Code: |
|---|---|

**To Be Completed by Attorney or Representative, If any**

☐ Check if G-28 is attached showing you represent the petitioner

VOLAG#

ATTY State License #

## Part 2.   Basis for Eligibility   *(check one)*

1. On Form I-485, Part 2, I checked application type   *(check one)*:

   a. ☐ An immigrant petition.   Go to #2.
   b. ☒ My spouse or parent applied.   Go to #2.
   c. ☐ I entered as a K-1 fiance.   Stop Here. Do Not File This Form.
   d. ☐ I was granted asylum.   Stop Here. Do Not File This Form.
   e. ☐ I am a native or citizen of Cuba.   Go to #3.
   f. ☐ I am the husband, wife or child of a Cuban.   Go to #3.
   g. ☐ I have continuously resided in the U.S.   Stop Here. Do Not File This Form.
   h. ☐ Other.   Go to # 2
   i. ☐ I am already a permanent resident.   Stop Here. Do Not File This Form.
   j. ☐ I am already a permanent resident and am the husband, wife or unmarried child of a Cuban   Stop Here. Do Not File This Form.

2. I have filed Form I-360 and I am applying for adjustment of status as a special immigrant juvenile court dependent or a special immigrant who has served in the United States Armed Forces   *(check one)*.
   ☐ Yes   Stop Here. Do Not File This Form.   ☒ No   Go to #3.

3. On Form I-485, Part 2, I checked block (e) or (f) and I last entered the United States legally after having been inspected and admitted or paroled.   ☐ Yes   Stop Here. Do Not File This Form.   ☒ No   Go to #11.

4. I last entered the United States   *(check one)*:
   ☐ As a stowaway.   Go to #11.
   ☐ Legally as a crewman (D-1/D-2 visa).   Go to #11.
   ☐ Without inspection.   Go to #11.
   ☐ Legally in transit without visa status.   Go to #11.
   ☐ Legally without a visa as a visitor for tourism or business.   Go to #5.
   ☐ Legally as a parolee.   Go to #5.
   ☒ Legally with another type of visa (show type   B2   ).   Go to #5.

5. I last entered the United States legally without a visa as a visitor for tourism or business, and I am applying for adjustment of status as the spouse, unmarried child (under 21 years of age), parent, widow or widower of a United States citizen   *(check one)*.
   ☐ Yes   Stop Here. Do Not File This Form.   ☒ No   Go to #6.

6. I last entered the United States legally as a parolee, or with a visa (except as a crewman), or as a Canadian citizen without a visa, and I am applying for adjustment of status   *(check one)*.
   ☐ As the spouse, unmarried child less than 21 years old, parent, widow or widower of a United States citizen.   Stop Here. Do Not File This Form.
   ☐ As a special immigrant retired international organization employee or family member of an international organization employee or as a special immigrant physician; and I have filed Form I-360.   Stop Here. Do Not File This Form.
   ☒ Under some other category.   Go to #7.

## Part 2. Continue.

7.  I am a national of the (former) Soviet Union, Vietnam, Laos or Cambodia who last entered the United States legally as a
    public interest parolee after having been denied refugee status, and I am applying for adjustment of status under Public Law
    101-167   *(check one)*.

    ☐ Yes    **Stop Here. Do Not File This Form.**    ☒ No    **Go to #8.**

8.  I have been employed in the United States after January 1, 1977 without INS authorization    *(check one)*.

    ☐ Yes    **Go to #9.**    ☒ No    **Go to #10.**

9.  I am applying for adjustment of status under the Immigration Nursing Relief Act (INRA); I was employed without INS authorization only on or
    before November 29, 1990, and I have always maintained a lawful immigration status while in the United States after November 5, 1986
    *(check one)*:

    ☐ Yes    **Stop Here. Do Not File This Form.**    ☐ No    **Go to #10.**

10. I am now in lawful immigration status; and I have always maintained a lawful immigration status while in the United States after
    November 5, 1986   *(check one)*.

    ☐ Yes    **Stop Here. Do Not File This Form.**

    ☐ No, but I believe the INS will determine that my failure to be in or maintain a lawful immigration status was through no fault of my own
    or for technical reasons.    **Stop Here. Do Not File This Form,**    Attach an explanation regarding this question to your Form I-485 application.

    ☒ No    **Go to #11.**

11. I am unmarried and less than 17 years old    *(check one)*.

    ☒ Yes    **Stop Here. File This Form and Form I-485.**    Pay only the fee required with Form I-485.
    ☐ No    **Go to #12.**

12. I am the unmarried child of a legalized alien and am less than 21 years old, or I am the spouse of a legalized alien; and I have attached a copy of
    my receipt or approval notice showing that I have properly filed Form I-817, Application for Voluntary Departure under the Family Unity Program
    *(check one)*.
    ☐ Yes    **Stop Here. File This Form and Form I-485.**    Pay only the fee required with Form I-485.
    ☐ No    **Go to #13.**

13. **File The Form and Form I-485.  You must pay the additional sum:**

    > $    220.00 - Fee required with Form I-485 *  and
    > $1,000.00 - Additional sum under section 245(i) of the Act
    > $1,220.00 - Total amount you must pay.

    *If you filed Form I-485 separately, attach a copy of your filing receipt and pay only the additional sum of $1000.00.  In
    #11 and / or #12, show the answer you would have given on the date you filed Form I-485.

---

**Part 3.**    **Signature.**    Read the information on penalties in the instruction before completing this section. If someone helped
you prepare the petition he or she must complete Part 4.

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, is all true and
correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for
the benefit I am seeking.

| Signature X Paula Anastacio | Print Your Name Paula    ANASTACIO | Date 7/3/02 | Daytime Telephone No. |
|---|---|---|---|

**Please Note:**  If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for
the requested document and this application may be denied.

---

## Part 4. Signature of person preparing form if other than above.    *(Sign Below)*

*I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.*

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|

Firm Name
and Address

U.S. Department of Justice

Immigration and Naturalization Service

**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066

Approval expires 4-30-85

| (Family name) ANASTACIO | (First name) Paula | (Middle name) Oliveira | ☐ MALE ☒ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 09/21/1991 | NATIONALITY Brazil | FILE NUMBER A- none |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (Including names by previous marriages) none | CITY AND COUNTRY OF BIRTH Vila Velha        Brazil | SOCIAL SECURITY NO. (If any) |
|---|---|---|

|  | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | AYRES | Aldemir | 08/03/1965  Cariacica, ES, Brazil | Somerville        USA |
| MOTHER (Maiden name) | ANASTACIO | Iracema | 09/10/1963 Vitoria, ES, Brazil | Somerville        USA |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| none |  |  |  |  |  |  |

FORMER HUSBANDS OR WIVES (If none, so state)

| FAMILY NAME   (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| none |  |  |  |  |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 8 School Street | Somerville | MA | USA | 03 | 2000 | PRESENT TIME | |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| Rua Fabio Rusque, 165 | Vila Velha | Esp. Santo | Brazil |  | 1991 | 03 | 2000 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
|  | student |  |  | PRESENT TIME | |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION  ☐ OTHER (SPECIFY): ☒ STATUS AS PERMANENT RESIDENT  Are all copies legible?  ☒ Yes | SIGNATURE OF APPLICANT X *Paula Anastacio* | DATE 7/3/02 |
|---|---|---|
| | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## APPLICANT:

**BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.**

| COMPLETE THIS BOX (Family Name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| ANASTACIO | Paula | Oliveira | none |

Form G-325  (Rev. 10-1-82) Y

(1) Ident.

FEDERATIVE REPUBLIC OF BRAZIL
**Leandro Register Office**
**Civil Registry**
**State of Espirito Santo**          **County of Vitoria**
**Municipality of Vila Velha**          **District of Ibes**

## BIRTH CERTIFICATE

**Book #: A-29**          **Page #: 010v**          **Term #: 23.927**

Name: **PAULA OLIVEIRA ANASTACIO**, female.

Date of Birth: 09/21/91 (twenty-first of September of nineteen ninety-one) at 10:10 AM at Santa Monica Maternity & Hospital.

Place of Birth: At this municipality.

Name of the Father: Aldemir Anastacio Ayres, natural of this state.

Name of the Mother: Iracema Oliveira Anastacio, natural of this state.

Paternal Grandfather: Joao Anastacio de Fraga.

Paternal Grandmother: Jandira Ayres Fraga.

Maternal Grandfather: Sebastiao Francisco de Oliveira.

Maternal Grandmother: Terezinha Norberto de Oliveira.

The birth was recorded on October 3, 1991.

Declarant: The father.

Witnesses: Paulo Sergio Albertino and Ivando Moreira Sequeira.

Observations: 1st certificate copy.

The above is true and to it I give faith.

          **District of Ibes**          **October 3, 1991**

          **(Signed)**          **Official**

I certify that I am a competent bilingual translator in the Portuguese and English Languages and that I have translated this document to the best of my ability.

_____  Date: _7/15/02_

Joanna Mondardo Schmitz
Boston, MA

Signed and sworn before me this _15TH_ day of _July_____, 2002.

Christopher W. Drinan
Notary Public
My commission expires on 05/12/2006.



**REPÚBLICA FEDERATIVA DO BRASIL**

ESTADO DO ESPÍRITO SANTO
MUNICÍPIO DE VILA VELHA

**CARTÓRIO LEANDRO**
**REGISTRO CIVIL**

COMARCA DE VITÓRIA
DISTRITO DO IBES

—— RUA SÃO LUIZ, 213 – TELEFONES, 229-0140 - 229-7871 ——

*Bel. João Leandro Freitas*
Oficial Vitalício do Registro Civil

*Bel. Carlos Alberto Corcino de Freitas*
Substituto

## CERTIDÃO DE NASCIMENTO

CERTIFICO que, às fls. 010 Vº do Livro A. - 29, sob N.º de

Ordem 23.927 foi lavrado o assento do nascimento de

""" PAULA OLIVEIRA ANASTACIO """

do sexo feminino, nascida no dia 21/09/91 – ( vinte

e um de setembro de mil novecentos e noventa e um ) –

às 10:10 horas, em Maternidade do

Hospital Santa Mônica, neste Município –

filha de Aldemir Anastacio Ayres – natural deste Estado –

e de Dona Iracema Oliveira Anastacio – natural deste Estado –

Sendo avós paternos João Anastácio de Fraga –

e Dona Jandira Ayres Fraga –

e avós maternos Sebastião Francisco de Oliveira –

Terezinha Norberto de Oliveira –

U.S. Department of Case 1:05-cv-10646-PBS    Document 7-4    Filed 08/04/2006    Page 10 of OMB No. 1115-0053
Immigration and Naturalization Service                                                        Form I-485, Application to Register
                                                                                              Permanent Residence or Adjust Status

## START HERE - Please Type or Print

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name ANASTACIO | Given Name Matheus | Middle Initial  O |

Address - C/O

| | |
|---|---|
| Street Number and Name   8 School Street | Apt. #  #3 |

City    Somerville

| | |
|---|---|
| State   MA | Zip Code    02143 |

| | |
|---|---|
| Date of Birth (month/day/year)   02/25/1995 | Country of Birth   Brazil |

| | |
|---|---|
| Social Security # | A # (if any)    none |

| | |
|---|---|
| Date of Last Arrival (month/day/year)   03/20/2000 | I-94 #    234188846 05 |

| | |
|---|---|
| Current INS Status   out of status | Expires on (month/day/year)   expired |

### Part 2. Application Type.    *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☐   an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☒   My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐   I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐   I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐   I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐   I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least on year.

g. ☐   I have continuously resided in the U.S. since before January 1, 1972.

h. ☐   Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

_____

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:    *(Check one)*

i. ☐   I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐   I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

---

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| | |

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

**Section of Law**

☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**

☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other _____

**Preference**

**Action Block**

**To Be Completed by Attorney or Representative, if any**

☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

---

*Continued on back.*

Form I-485 (Rev. 02/07/00)N Page 1

**Part 3.  Processing Information**

| A. City/Town/Village of Birth | Vitoria | Current occupation | student |
|---|---|---|---|
| Your mother's first name | Iracema | Your father's first name | Aldemir |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

Matheus Anastacio

| Place of last entry into the U.S. (City/State) | In what status did you last enter? *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
|---|---|
| Orlando - FL | |
| Were you inspected by a U.S. Immigration Officer?    ☒ Yes  ☐ No | B2 |

| Nonimmigrant Visa Number | 24965619 | Consulate where Visa was issued | Rio de Janeiro |
|---|---|---|---|

| Date Visa was issued (month/day/year)   12/22/1999 | Sex:  ☒ Male  ☐ Female | Marital Status   ☐ Married   ☒ Single  ☐ Divorced  ☐ Widowed |
|---|---|---|

Have you ever before applied for permanent resident status in the U.S.?    ☒ No    ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

---

**B.** List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name    none | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial    · | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

## Part 3. Processing Information    *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.? ☐ Yes ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally? ☐ Yes ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage? ☐ Yes ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit? ☐ Yes ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.? ☐ Yes ☒ No

**Part 4. Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| X *Matheus Anastacio* | Matheus ANASTACIO | 7/03/02 | |

*Please Note:* *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.  Signature of person preparing form if other than above.** *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | | | |

| Firm Name and Address | |
|---|---|
| | |

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0053

**Supplement A to Form I-485**

START HERE - Please Type or Print

FOR INS USE ONLY

## Part 1.    Information about applicant

| Family Name | First Name | Middle Name |
|---|---|---|
| ANASTACIO | Matheus | Oliveira |

Address - C/O

| Street Number and Name | Apt. Suite |
|---|---|
| 8 School Street | #3 |

| City | State or Province |
|---|---|
| Somerville | MA |

| Country | ZIP/Postal Code |
|---|---|
| USA | 02143 |

| INS A # | Date of Birth (month/day/year) | Country of Birth |
|---|---|---|
| none | 02/25/1995 | Brazil |

**FOR INS USE ONLY**

Returned _____

Receipt

Resubmitted _____

Reloc Sent _____

Reloc Rec'd _____

Interviewed _____

| File Reviewed | Class of Adjustment Code: |
|---|---|

## Part 2.    Basis for Eligibility    (check one)

1. On Form I-485, Part 2, I checked application type    (check one):

   a. ☐ An immigrant petition.    Go to #2.
   b. ☒ My spouse or parent applied.    Go to #2.
   c. ☐ I entered as a K-1 fiance.    Stop Here. Do Not File This Form.
   d. ☐ I was granted asylum.    Stop Here. Do Not File This Form.
   e. ☐ I am a native or citizen of Cuba.    Go to #3.
   f. ☐ I am the husband, wife or child of a Cuban.    Go to #3.
   g. ☐ I have continuously resided in the U.S.    Stop Here. Do Not File This Form.
   h. ☐ Other.    Go to # 2
   i. ☐ I am already a permanent resident.    Stop Here. Do Not File This Form.
   j. ☐ I am already a permanent resident and am the husband, wife or unmarried child of a Cuban    Stop Here. Do Not File This Form.

To Be Completed by Attorney or Representative, if any

☐ Check if G-28 is attached showing you represent the petitioner

VOLAG# _____

ATTY State License # _____

2. I have filed Form I-360 and I am applying for adjustment of status as a special immigrant juvenile court dependent or a special immigrant who has served in the United States Armed Forces    (check one).
   ☐ Yes  Stop Here. Do Not File This Form.    ☒ No  Go to #3.

3. On Form I-485, Part 2, I checked block (e) or (f) and I last entered the United States legally after having been inspected and admitted or paroled.    ☐ Yes  Stop Here. Do Not File This Form.    ☒ No  Go to #11.

4. I last entered the United States    (check one):
   ☐ As a stowaway.    Go to #11.
   ☐ Legally as a crewman (D-1/D-2 visa).    Go to #11.
   ☐ Without inspection.    Go to #11.
   ☐ Legally in transit without visa status.    Go to #11.
   ☐ Legally without a visa as a visitor for tourism or business.    Go to #5.
   ☐ Legally as a parolee.    Go to #5.
   ☒ Legally with another type of visa (show type __B2__ ).    Go to #5.

5. I last entered the United States legally without a visa as a visitor for tourism or business, and I am applying for adjustment of status as the spouse, unmarried child (under 21 years of age), parent, widow or widower of a United States citizen    (check one).
   ☐ Yes  Stop Here. Do Not File This Form.    ☒ No  Go to #6.

6. I last entered the United States legally as a parolee, or with a visa (except as a crewman), or as a Canadian citizen without a visa, and I am applying for adjustment of status    (check one).
   ☐ As the spouse, unmarried child less than 21 years old, parent, widow or widower of a United States citizen.    Stop Here. Do Not File This Form.

   ☐ As a special immigrant retired international organization employee or family member of an international organization employee or as a special immigrant physician; and I have filed Form I-360.    Stop Here. Do Not File This Form.

   ☒ Under some other category.    Go to #7.

Form I-485 (01/18/01)Y - Supplement A

## Part 2. Continue.

7.  I am a national of the (former) Soviet Union, Vietnam, Laos or Cambodia who last entered the United States legally as a
    public interest parolee after having been denied refugee status, and I am applying for adjustment of status under Public Law
    101-167    *(check one)*.

    ☐ Yes   **Stop Here. Do Not File This Form.**        ☒ No   **Go to #8.**

8.  I have been employed in the United States after January 1, 1977 without INS authorization        *(check one)*.

    ☐ Yes   **Go to #9.**        ☒ No   **Go to #10.**

9.  I am applying for adjustment of status under the Immigration Nursing Relief Act (INRA); I was employed without INS authorization only on or
    before November 29, 1990, and I have always maintained a lawful immigration status while in the United States after November 5, 1986
    *(check one)*:

    ☐ Yes   **Stop Here. Do Not File This Form.**        ☐ No   **Go to #10.**

10. I am now in lawful immigration status; and I have always maintained a lawful immigration status while in the United States after
    November 5, 1986    *(check one)*.

    ☐ Yes   **Stop Here. Do Not File This Form.**

    ☐ No, but I believe the INS will determine that my failure to be in or maintain a lawful immigration status was through no fault of my own
    or for technical reasons.        **Stop Here. Do Not File This Form,**        Attach an explanation regarding this question to your Form I-485 application.

    ☒ No   **Go to #11.**

11. I am unmarried and less than 17 years old        *(check one)*.

    ☒ Yes   **Stop Here. File This Form and Form I-485.**        Pay only the fee required with Form I-485.
    ☐ No     **Go to #12.**

12. I am the unmarried child of a legalized alien and am less than 21 years old, or I am the spouse of a legalized alien; and I have attached a copy of
    my receipt or approval notice showing that I have properly filed Form I-817, Application for Voluntary Departure under the Family Unity Program
    *(check one)*.
    ☐ Yes   **Stop Here. File This Form and Form I-485.**        Pay only the fee required with Form I-485.
    ☐ No     **Go to #13.**

13. **File The Form and Form I-485. You must pay the additional sum:**

    $  220.00 - Fee required with Form I-485 *  and
    $1,000.00 - Additional sum under section 245(i) of the Act
    - - - - - - - -
    **$1,220.00 - Total amount you must pay.**

*If you filed Form I-485 separately, attach a copy of your filing receipt and pay only the additional sum of $1000.00.  In
#11 and / or #12, show the answer you would have given on the date you filed Form I-485.

---

**Part 3.**        **Signature.**   Read the information on penalties in the instruction before completing this section. If someone helped
                    you prepare the petition he or she must complete Part 4.

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, is all true and
correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for
the benefit I am seeking.

| Signature | Print Your Name | | Date | Daytime Telephone No. |
|---|---|---|---|---|
| ✗ Matheus Anastacio | Matheus | ANASTACIO | 7/03/02 | |

**Please Note:**  If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for
the requested document and this application may be denied.

---

**Part 4.  Signature of person preparing form if other than above.**        *(Sign Below)*

*I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.*

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| | | | |

Firm Name
and Address

U.S. Department of Justice
Immigration and Naturalization Service

## BIOGRAPHIC INFORMATION

OMB No. 1115-0066
Approval expires 4-30-85

| (Family name) ANASTACIO | (First name) Matheus | (Middle name) Oliveira | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 02/25/1995 | NATIONALITY Brazil | FILE NUMBER A- none |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED    (Including names by previous marriages) none | CITY AND COUNTRY OF BIRTH Vitoria          Brazil | SOCIAL SECURITY NO. (If any) |
|---|---|---|

|  | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE | |
|---|---|---|---|---|---|
| FATHER | AYRES | Aldemir | 08/03/1965  Cariacica, ES, Brazil | Somerville | USA |
| MOTHER (Maiden name) | ANASTACIO | Iracema | 09/10/1963 Vitoria, ES, Brazil | Somerville | USA |

| HUSBAND(If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| none | | | | | | |

| FORMER HUSBANDS OR WIVES (If none, so state) | | | | |
|---|---|---|---|---|
| FAMILY NAME   (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
| none | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS, LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 8 School Street | Somerville | MA | USA | 03 | 2000 | PRESENT TIME | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| Rua Fabio Rusque, 165 | Vila Velha | Esp. Santo | Brazil | | 1995 | 03 | 2000 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| | student | | | PRESENT TIME | |
| | | | | | |
| | | | | | |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION   ☐ OTHER (SPECIFY): ☒ STATUS AS PERMANENT RESIDENT | SIGNATURE OF APPLICANT X Matheus Anastacio | DATE 7/3/02 |
|---|---|---|
| Are all copies legible?   [X] Yes | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## APPLICANT:    BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) ANASTACIO | (Given name) Matheus | (Middle name) Oliveira | (Alien registration number) none |
|---|---|---|---|

**FEDERATIVE REPUBLIC OF BRAZIL**
**Leandro Register Office**
**Civil Registry**
**State of Espirito Santo**        **County of Vitoria**
**Municipality of Vila Velha**      **District of Ibes**

**BIRTH CERTIFICATE**

Book #: A33        Page #: 231        Term #: 29.609
Name: <u>MATHEUS DE OLIVEIRA ANASTACIO</u>, male.
Date of Birth: Twenty-fifth of February of nineteen ninety-five (02/25/95) at
10:45 AM at Enseada Maternity.
Place of Birth: Vitoria - ES.
Name of the Father: Aldemir Anastacio Ayres, natural of ES.
Name of the Mother: Iracema Oliveira Anastacio, natural of ES.
Paternal Grandfather: Joao Anastacio de Fraga.
Paternal Grandmother: Jandira Ayres Fraga.
Maternal Grandfather: Sebastiao Francisco de Oliveira.
Maternal Grandmother: Terezinha Norberto de Oliveira.
The birth was recorded on March 4, 1995.
Declarant: The father.
Witnesses: Geraldo da Silva Dantas and Solange Missagia de Mattos.
Observations: 1st copy.

The above is true and to it I give faith.

District of Ibes        March 4, 1995

(Signed)        Official

I certify that I am a competent bilingual translator in the Portuguese and English
Languages, and that I have translated this document to the best of my ability.

_____  Date: 7/15/02
Joanna Mendardo Schmitz
Boston, MA

Signed and sworn before me this 15th day of July _____, 2002.

_____
Christopher W. Drinan
Notary Public
My commission expires on 05/12/2006.

REPÚBLICA FEDERATIVA DO BRASIL



ESTADO DO ESPÍRITO SANTO
MUNICÍPIO DE VILA VELHA

**CARTÓRIO LEANDRO**
**R E G I S T R O   C I V I L**

COMARCA DE VITÓRIA
DISTRITO DE IBES

RUA SÃO LUIZ, 213 - FONES: 229-0140 - 229-7871

*Bel. Carlos Alberto Corcino de Freitas*
Oficial do Registro Civil

*João Roberto Corcino de Freitas*
Substituto
CERTIDÃO DE NASCIMENTO

Certifico, que às fls._____231_____do Livro A___33___sob o nº

___29.609___de ordem, foi lavrado o assento de nascimento

de:_____""  MATHEUS  DE  OLIVEIRA  ANASTACIO  ""_____

do sexo__masculino__nascid_o_no dia__Vinte e cinco de fevereiro_

de mil novecentos e noventa e cinco (25/02/95)_as_10:45_horas

em___Maternidade da Enseada - Vitória,ES._____

filh_o_de___Aldemir Anastacio Ayres - nat.ES._____

e Dona _____Iracema Oliveira Anastacio - nat.ES._____

sendo avós paternos___João Anastácio de Fraga._____

e Dona                 Jandira Ayres Fraga

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** EAC-02-143-50626 | **CASE TYPE** I140 IMMIGRANT PETITION FOR ALIEN WORKER |
| **RECEIPT DATE** March 26, 2002    **PRIORITY DATE** April 27, 2001 | **PETITIONER** KUPELS BAKERY |
| **NOTICE DATE** May 14, 2002    **PAGE** 1 of 1 | **BENEFICIARY** AYRES, ALDEMIR |

JOHN K. DVORAK ESQ
LAW OFFICE OF JOHN K DVORAK
P O BOX 8788
BOSTON MA 02114

Notice Type: Approval Notice
Section: Skilled Worker or
Professional,
Sec.203(b)(3)(A)(i) or (ii)

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, along with the appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where the person lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



## LAW OFFICES OF JOHN K. DVORAK, P.C.

---

#### ATTORNEY-AT-LAW

---

P.O. BOX 8788 – 180 CANAL STREET – 4ᵀᴴ FLOOR – BOSTON, MA 02114  - (617) 723-4422 – FAX (617) 723-8305

**John K. Dvorak**
Christopher W. Drinan
Susan E. Zak

December 22, 2004

EXAMS
US Citizenship & Immigration Services
JFK Federal Building, Room E-160
Government Center
Boston, MA 02203

## **Request to Adjudicate I-485 Application**

RE:   I-485 Application to Adjust Status
      Applicants:         Aldemir A. AYRES              A#95-910-720
                          Iracema O. ANASTACIO          A#95-873-897
                          Paula O. ANASTACIO            A#95-912-263
                          Matheus O. ANASTACIO          A#95-912-264

      Interview Date:     October 27, 2004

Dear USCIS Officer:

     Above referenced Applicants were interviewed on October 27, 2004 regarding their I-485 Application. No additional documents were requested, but the application was not adjudicated pending security checks.

     If you have received final security clearance, I would appreciate you adjudicating the case at your earliest convenience.

                              Sincerely,

                              John K. Dvorak

                              John K. Dvorak

JKD:js