IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALDEMIR AYRES, et al. )<br>)<br>      Plaintiffs )<br>)<br>vs )<br>)<br>MICHAEL CHERTOFF, SECRETARY )<br>OF THE DEPARTMENT OF )<br>HOMELAND SECURITY, et al, )<br>)<br>      Defendants. ) | Civil Action # 05-CV-10646-PBS |

**DEFENDANTS' THIRD MOTION TO EXTEND THE TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING UNTIL OCTOBER 17, 2005**

Now come the Defendants to request that the time to file an answer or otherwise respond be extended until October 17, 2005. The matter has been granted two prior two-week extensions through August 17, 2005.

In support of the motion, the Defendants state that it is hoped that the extension may allow this matter to be resolved without the need for action by this Court. In the course of the prior extensions, Defendants have undertaken efforts to obtain all necessary information to adjudicate the Petition underlying the instant mandamus action. Specifically, a further interview was conducted on July 29, 2005, of the Plaintiff, Aldemir Ayres. An extension is requested because the Petitioner's fingerprints must be updated and that will be scheduled for some time in September. Further, even if the application is approvable, a visa would not be available, at the earliest, until some time in October. All presently available visas have been exhausted and the issuance of further visas is controlled by the State Department not the Defendants.

The Plaintiff, through counsel, has no objection to the requested extension.

WHEREFORE, the Defendants request that the time to file an answer or otherwise respond be extended until October 17, 2005.

        Respectfully submitted,
        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Mark J. Grady
        MARK J. GRADY
        Assistant U.S. Attorney
        U.S. Attorney's Office
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        Tel. No. (617) 748-3136

### Certificate of Compliance

I hereby certify that on August 17, 2005, Plaintiff's counsel assented to the relief requested by way of this motion.

        /s/ Mark J. Grady
        Mark J. Grady
        Assistant United States Attorney

### Certificate of Service

IT IS HEREBY CERTIFIED that on this 17th day of August 2005, service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, **Susan E. Zak** , Law Office of John K. Dvorak PC , 180 Canal Street, 4th Floor , P.O. Box 8788, Boston, MA 02119.

        /s/ Mark J. Grady
        Mark J. Grady
        Assistant United States Attorney