IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALDEMIR AYRES, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs ) | Civil Action # 05-CV-10646-PBS |
| ) | |
| MICHAEL CHERTOFF, SECRETARY ) | |
| OF THE DEPARTMENT OF ) | |
| HOMELAND SECURITY, et al, ) | |
| ) | |
| Defendants. ) | |

DEFENDANTS' THIRD AGREED MOTION TO EXTEND THE TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING UNTIL NOVEMEBR 17, 2005

Now come the Defendants to request that the time to file an answer or otherwise respond be extended until November 17, 2005. The matter has been granted three prior agreed extensions through October 17, 2005.

The instant claim is a mandamus petition seeking to compel adjudication of a petition for status adjustment filed by the Petitioner. In support of the requested extension, the Defendants state that it is now very likely that the extension will allow this matter to be resolved without the need for action by this Court. The Petitioner's status adjustment has been fully evaluated and adjudicated and appears solely to require an available visa. All presently available visas have been exhausted and the issuance of further visas is controlled by the State Department not the Defendants. That being said, on information and belief, visas are presently being granted to individuals whose I-140 petitions were approved in January 2001. The I-140 of the Petitioner in this matter was

approved in April 2001.  As such, it is clearly foreseeable that a visa will become available to Petitioner in the reasonably foreseeable future.

The Plaintiff, through counsel, has no agreed to the requested extension.

WHEREFORE, the Defendants request that the time to file an answer or otherwise respond be extended until November 17, 2005.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

 /s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

### Certificate of Compliance

I hereby certify that on October 14, 2005, Plaintiff's counsel assented to the relief requested by way of this motion.

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney

### Certificate of Service

IT IS HEREBY CERTIFIED that on this 14th day of October 2005,  service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, **Susan E. Zak** , Law Office of John K. Dvorak PC , 180 Canal Street, 4th Floor , P.O. Box 8788, Boston, MA 02119.

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney