IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALDEMIR AYRES, et al. )<br>)<br>Plaintiffs )<br>)<br>vs )<br>)<br>MICHAEL CHERTOFF, SECRETARY )<br>OF THE DEPARTMENT OF )<br>HOMELAND SECURITY, et al, )<br>)<br>Defendants. ) | Civil Action # 05-CV-10646-PBS |

DEFENDANTS' FIFTH MOTION TO EXTEND THE TIME TO FILE AN ANSWER
OR OTHER RESPONSIVE PLEADING UNTIL DECEMBER 16, 2005

Now come the Defendants to request that the time to file an answer or otherwise respond be extended until December 16, 2005. The matter has been granted four prior agreed extensions through November 17, 2005. Undersigned counsel was unable to reach Plaintiffs' counsel to obtain assent to this motion (although Plaintiff's counsel has assented to the four prior continuances).

The instant claim is a mandamus petition seeking to compel adjudication of a petition for status adjustment filed by the Petitioner. In support of this extension, the Defendants state that it is very likely that the extension will allow this matter to be resolved without the need for action by this Court.

The Petitioner's status adjustment has been fully evaluated and adjudicated and, at this point, simply requires an available visa. All presently available visas have been exhausted and the issuance of further visas is controlled by the State Department not the Defendants. That being said, on information and belief, visas are now being granted for

individuals whose I-140 petitions were approved in March 2001. The I-140 of the Petitioner in this matter was approved in April 2001. As such, it is clearly foreseeable that a visa will become available to Petitioner in the reasonably foreseeable future (although it may well be several months).

The Plaintiff, through counsel, had no objection to the four previous extensions. Undersigned counsel could not reach Plaintiff's counsel to seek assent to the most recent motion.

WHEREFORE, the Defendants request that the time to file an answer or otherwise respond be extended until December 16, 2005.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

 /s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

## Certificate of Compliance

I hereby certify that on November 17, 2005, I attempted to reach Plaintiff's counsel via telephone regarding the relief requested by way of this motion.

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney

## Certificate of Service

IT IS HEREBY CERTIFIED that on this 17th day of November 2005, service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, **Susan E. Zak** , Law Office of John K. Dvorak PC , 180 Canal Street, 4th Floor , P.O. Box 8788, Boston, MA 02119.

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney
