```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
                    BOSTON, MASSACHUSETTS
```

| | |
|---|---|
| _____ ) | Civil Action:05 10646-PBS |
| ALDEMIR A. AYRES;            ) | |
| IRECEMA O. ANASTACIO;        ) | |
| PAULA O. ANASTACIO           ) | |
| MATHEUS O. ANASTACIO         ) | |
|     Plaintiff          ) | |
|                        ) | |
|   v.                  ) | |
|                        ) | |
| MICHAEL CHERTOFF             ) | |
| Secretary,U.S. Department    ) | |
| of Homeland Security;        ) | |
| EDUARDO AGUIRRE, JR.         ) | |
| Director, U.S. Citizenship   ) | |
| And Immigration Services,    ) | |
| DENIS RIORDAN, Boston District) | |
| Director, U.S. Citizenship   ) | |
| and Immigration Services     ) | |
|     Defendants         ) | |
| _____) | |

**NOTICE OF DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)**

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), the PlaintiffS, Aldemir A. Ayres; Irecema O. Anastacio, Paula O. Anastacio, and Matheus O. Anastacio, hereby dismiss without prejudice the above-captioned matter.

                Respectfully Submitted,

                /s/Susan E. Zak
                _____
                Susan E. Zak
                Law Offices of John K. Dvorak P.C.
                P.O. Box 8788
                Boston, MA 02114

**CERTIFICATE OF SERVICE**

    I, Susan E. Zak, Attorney for the Plaintiffs hereby certify that on December 15, 2005, I served a copy of the Plainttiffs' Notice of Dismissal

Mark Grady  
U.S. Attorney General Office  
United States Federal Court  
1 Courthouse Way  
Suite 9200  
Boston, MA 02210

                                            _____  
                                            Susan E. Zak, Esq.  
                                            LAW OFFICE OF JOHN K. DVORAK, P.C.  
                                            P.O. Box 8788  
                                            180 Canal Street, 4th Floor  
                                            Boston, MA 02114